Minutes of the United States District Court
Southern District of California
November 2, 2010

| HON. WILLIAM V. GALLO | | | DEPUTY CLERK: J. YAHL |

TAPE NO. WVG: 10-10:43-10:52

| 10CR4246-JM | USA | vs. | BASAALY SAEED MOALIN (1)(C)(ENG) 22855298 |

AUSA: CARLINE HAN AND WILLIAM COLE

INITIAL APP AND ARR
ON INDICTMENT

VICTOR PIPPINS: FEDERAL DEFENDERS INC., S/A

DOA: 11/02/10
F/A: 11/02/10

GOVERNMENT ORAL MOTION TO UNSEAL INDICTMENT - GRANTED.

DEFENDANTS' FIRST APPEARANCE; DEFENDANT ARRAIGNED ON THE INDICTMENT. DEFENDANT ENTERS NOT GUILTY PLEA TO INDICTMENT.

COURT APPOINTS ATTORNEY MARC GELLER, NOT APPEARING, AS COUNSEL IN THIS CASE.

GOVERNMENT ORAL MOTION FOR DETENTION BASED ON RISK OF FLIGHT. DETENTION HEARING SET FOR 11/5/2010 9:00AM IN COURTROOM F BEFORE MAGISTRATE JUDGE WILLIAM V. GALLO.

MOTION HEARING/TRIAL SETTING SET FOR 12/3/2010 11:00AM IN COURTROOM 16 BEFORE JUDGE JEFFREY T. MILLER.

ARR: 3 MIN
INIT APP: 6 MIN