Unsealed 11-05-10

**SECRET**

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

BASAALY SAEED MOALIN (1)

**WARRANT FOR ARREST**

CASE NUMBER: 10cr4246-JM 

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __BASAALY SAEED MOALIN__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

18:2339A(a) - Conspiracy to Provide Material Support to Terrorists; 18:2339B(a)(1) - Conspiracy to Provide Material Support to Foreign Terrorist Organization; 18:956 - Conspiracy to Kill in a Foreign Country; 18:1956(h) - Conspiracy to Launder Monetary Instruments; 18:233(A) - Providing Material Support to Terrorists

DATE: 11-05-2010
ARRESTED BY: FBI Agent

In violation of Title __See Above__ United States Code, Section(s) _____

GEORGE W. VENABLES
U.S. MARSHAL, S/CA
BY: _____

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| C. Ecija | October 22, 2010, San Diego, CA |
| Signature of Deputy | Date and Location |

2010 OCT 25 P 4:12 RECEIVED U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

Bail fixed at $ __NO BAIL__ by __The Honorable William M. McCurine, Jr.__
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

11-05