LAURA E. DUFFY
United States Attorney
WILLIAM P. COLE
CAROLINE P. HAN
Assistant U.S. Attorneys
California State Bar Nos. 186772/250301
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7859/557-5220
William.P.Cole@usdoj.gov
Caroline.Han@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 10CR4246-JM |
|---|---|
| Plaintiff, | ) |
| v. | ) SUPPLEMENTAL MEMORANDUM |
| | ) IN SUPPORT OF GOVERNMENT'S |
| BASAALY SAEED MOALIN (1), | ) MOTION FOR PROTECTIVE |
| MOHAMED MOHAMED MOHAMUD (2), | ) ORDER |
| and ISSA DOREH (3), | ) |
| Defendants. | ) |

**GOVERNMENT'S PROPOSED PROTECTIVE ORDER IS UNOPPOSED**

On December 17, 2010, the United States filed a motion for a protective order, and noted defendant Mohamud's objection to the proposed protective order. Today, counsel for defendant Mohamud informed the Government that he no longer objects to the proposed protective order. Accordingly, the Government's motion

//
//
//

is not opposed by an party.

Dated: December 20, 2010

                Respectfully submitted,

                LAURA E. DUFFY
                United States Attorney

                <u>s/Caroline P. Han</u>
                CAROLINE P. HAN
                WILLIAM P. COLE
                Assistant U.S. Attorneys

                Attorneys for Plaintiff
                United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>BASAALY SAEED MOALIN,<br>MOHAMED MOHAMED MOHAMUD, and<br>ISSA DOREH,<br><br>　　　　　Defendants. | Case No. 10CR4246-JM<br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

　　I, CAROLINE P. HAN, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

　　I am not a party to the above-entitled action. I have caused service of Supplemental Memorandum in Support of Government's Motion for Protective Order on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

　　1.　Marc Geller
　　　　Attorney for defendant Moalin
　　2.　Mahir Sherif
　　　　Attorney for defendant Mohamud
　　3.　Kenneth Troiano
　　　　Attorney for defendant Doreh

　　I declare under penalty of perjury that the foregoing is true and correct.

　　Executed on December 20, 2010.

　　　　　　　　　　　　　s/Caroline P. Han
　　　　　　　　　　　　　CAROLINE P. HAN