1

2    FILED

3    '11 JAN 14 PM 3:27

     CLERK, U.S. DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA

4                                    BY_____ DEPUTY

5

6

7              UNITED STATES DISTRICT COURT

8            SOUTHERN DISTRICT OF CALIFORNIA

9               July 2010 Grand Jury            /

10   UNITED STATES OF AMERICA,        )  Case No. __10CR4246-JM__
                                      )
11              Plaintiff,            )  I N D I C T M E N T
                                      )      (Superseding)
12        v.                          )
                                      )  Title 18, U.S.C., Sec. 2339A(a) -
13   BASAALY SAEED MOALIN (1),        )  Conspiracy to Provide Material
     MOHAMED MOHAMED MOHAMUD (2),     )  Support to Terrorists; Title 18,
14        aka "Mohamed Khadar"        )  U.S.C., Sec. 2339B(a)(1) -
          aka "Sheikh Mohamed"        )  Conspiracy to Provide Material
15   ISSA DOREH (3),                  )  Support to Foreign Terrorist
          aka "Sheikh Issa"           )  Organization; Title 18, U.S.C.,
16   AHMED NASIR TAALIL MOHAMUD (4),  )  Sec. 956 - Conspiracy to Kill in
                                      )  a Foreign Country; Title 18,
17              Defendants.           )  U.S.C., Secs. 1956(a)(2)(A)
                                      )  and (h) - Conspiracy to Launder
18                                    )  Monetary Instruments; Title 18,
                                      )  U.S.C., Sec. 2339A(a) -
19   _____)  Providing Material Support
                                      )  to Terrorists
20

21        The grand jury charges:

22            INTRODUCTORY ALLEGATIONS COMMON TO ALL COUNTS

23        1.   Al-Shabaab is a violent and brutal militia group that uses

24   intimidation and violence to undermine Somalia's Transitional Federal

25   Government ("TFG") and its supporters.  On or about February 26, 2008,

26   the U.S. Department of State designated "Al-Shabaab" as a Foreign

27   Terrorist Organization ("FTO") under Section 219 of the Immigration

28   and Nationality Act, as amended, and as a Specially Designated Global

WPC:CPH:kst:San Diego
1/12/11



1   Terrorist under Section 1(b) of Executive Order 13224, as amended.

2   Al-Shabaab is also known by the following names, among others:

3   al-Shabab; Shabaab; the Youth; Mujahidin al-Shabaab Movement; the

4   Youth Movement; Mujahidin; MYM; Harakat Shabaab al-Mujahidin; Hizbul

5   Shabaab; Hisb'ul Shabaab; al-Shabaab al-Islamiya; al Shabaab al-Islam;

6   al-Shabaab al-Jihaad; Youth Wing; and "the Unity of Islamic Youth."

7       2.   Throughout al-Shabaab's war against the TFG and its

8   Ethiopian and African Union supporters, al-Shabaab has used harassment

9   and targeted assassinations of civilians, improvised explosive

10  devices, rockets, mortars, automatic weapons, suicide bombings, and

11  general tactics of intimidation and violence.

12      3.   Until his death on or about May 1, 2008, Aden Hashi Ayrow,

13  aka "Shiqalow," aka "Sheikhalow," aka "Muja Dhuub," aka "Slim Limbs,"

14  was a prominent military leader of al-Shabaab.  Ayrow called for

15  foreign fighters to join al-Shabaab in a "holy war" against the

16  Ethiopian and other African forces in Somalia.  Ayrow's call was

17  echoed by al-Qaeda leadership, including Usama bin Laden and Ayman

18  al-Zawahiri, and fighters from other countries have traveled to

19  Somalia to engage in violent jihad.

20                            Count 1

21          CONSPIRACY TO PROVIDE MATERIAL SUPPORT TO TERRORISTS

22      Beginning on a date unknown to the grand jury, and continuing to

23  at least on or about August 5, 2008, within the Southern District of

24  California, and elsewhere, defendants BASAALY SAEED MOALIN, MOHAMED

25  MOHAMED MOHAMUD, aka "Mohamed Khadar," aka "Sheikh Mohamed," ISSA

26  DOREH, aka "Sheikh Issa," and AHMED NASIR TAALIL MOHAMUD did

27  unlawfully and knowingly conspire and agree with each other, and with

28  other persons known and unknown to the grand jury, to provide material

1 | support and resources, to wit: currency and monetary instruments,
2 | knowing and intending that the material support and resources were to
3 | be used in preparation for and in carrying out violations of Title 18,
4 | United States Code, Section 956, conspiracy to kill persons in a
5 | foreign country, and Title 18, United States Code, Section 2332a(b),
6 | conspiracy to use a weapon of mass destruction outside of the
7 | United States; all in violation of Title 18, United States Code,
8 | Section 2339A(a).

### Count 2

#### CONSPIRACY TO PROVIDE MATERIAL SUPPORT
#### TO FOREIGN TERRORIST ORGANIZATION

Beginning on or about February 26, 2008, and continuing to at least on or about August 5, 2008, within the Southern District of California, and elsewhere, and occurring in and affecting interstate and foreign commerce, defendants BASAALY SAEED MOALIN, MOHAMED MOHAMED MOHAMUD, aka "Mohamed Khadar," aka "Sheikh Mohamed," ISSA DOREH, aka "Sheikh Issa," and AHMED NASIR TAALIL MOHAMUD did unlawfully and knowingly conspire and agree with each other, and with other persons known and unknown to the grand jury, to provide material support and resources, to wit: currency and monetary instruments, to a foreign terrorist organization, namely, al-Shabaab, which has been designated as a foreign terrorist organization since on or about February 26, 2008, knowing that the organization was designated as a terrorist organization (as defined in Title 18, United States Code, Section 2339B(g)(6)) and that the organization had engaged and was engaging in terrorist activity and terrorism; in violation of Title 18, United States Code, Section 2339B(a)(1).

//

<u>Count 3</u>

<u>CONSPIRACY TO KILL IN A FOREIGN COUNTRY</u>

Beginning on a date unknown to the grand jury, and continuing to at least on or about August 5, 2008, within the Southern District of California, and elsewhere, defendants BASAALY SAEED MOALIN, MOHAMED MOHAMED MOHAMUD, aka "Mohamed Khadar," aka "Sheikh Mohamed," ISSA DOREH, aka "Sheikh Issa," and AHMED NASIR TAALIL MOHAMUD did unlawfully and knowingly conspire and agree with each other, and with other persons known and unknown to the grand jury, to commit acts outside the United States that would constitute the offense of murder if committed in the special maritime or territorial jurisdiction of the United States.

<u>OVERT ACTS</u>

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following overt acts, among others, were committed within the Southern District of California:

1.  On or about December 21, 2007, Aden Hashi Ayrow ("Ayrow") advised defendant BASAALY SAEED MOALIN ("MOALIN") by telephone that he urgently needed several thousand dollars. Defendant MOALIN replied that he would take care of the issue swiftly with "Sheikh Issa."

2.  On or about December 21, 2007, defendant MOALIN advised defendant ISSA DOREH ("DOREH") by telephone that "one dollar a day per man" was needed for the forces.

3.  On or about December 22, 2007, defendant MOALIN advised defendant AHMED NASIR TAALIL MOHAMUD by telephone that money was needed for "the young men who are firing the bullets."

4

4.   On or about January 20, 2008, after telling defendant MOALIN that "we planted a land mine" for an individual "who was traveling on that road; he was almost hit," Ayrow instructed defendant MOALIN by telephone to tell "Sheikh Mohamed" that "he must let us know the amount of money we can expect every month, even if it is one hundred dollars."

5.   On or about February 13, 2008, defendants MOALIN, DOREH and MOHAMED MOHAMED MOHAMUD caused the transfer of $2,000 from San Diego, California, to Somalia.

6.   On or about February 14, 2008, defendant MOALIN told Ayrow by telephone that "Yusuf Mohamed Ali" was the recipient name used to transfer a total of $2,000 to Ayrow.

7.   On or about April 12, 2008, Ayrow told defendant MOALIN by telephone that "it is the time to finance the jihad."

8.   On or about April 12, 2008, defendant MOALIN told an individual by telephone that "if those men are to eliminate those men . . . we must send someone to talk to the people . . . we can find thirty men who can pay small amounts."

9.   On or about April 17, 2008, defendant MOALIN told defendant MOHAMED MOHAMED MOHAMUD by telephone that "calls are coming from the man" and that defendant MOHAMUD should hold back twenty or thirty trusted people at the mosque to tell them to contribute money.

10.  On or about April 23, 2008, defendants MOALIN, DOREH and MOHAMED MOHAMED MOHAMUD caused the transfer of $3,000 from San Diego, California, to Somalia.

//

//

5

11.   On or about April 24, 2008, defendant MOALIN advised Ayrow by telephone that the "three bundles" (code for $3,000) were sent from San Diego via Amal.

12.   On or about July 8, 2008, defendant DOREH advised defendant MOALIN by telephone that the money had been sent, and that "Dhunkaal Hersi" was the code name used as the recipient's name.

13.   On or about July 13, 2008, after being advised by uncharged co-conspirator #1 in Somalia that it was difficult to replace ammunition and that each rocket-propelled grenade cost $270, defendant MOALIN told uncharged co-conspirator #1 by telephone that "five cartons" (code for $5,000) were on their way, but would be broken into several transfers.

14.   On or about July 15, 2008, defendant DOREH caused the transfer of $2,280 from San Diego, California, to Somalia.

15.   On or about July 18, 2008, defendant MOALIN and defendant AHMED NASIR TAALIL MOHAMUD discussed over the telephone that they would "lay low" and would proceed with the financial support under the "pretense" of helping the poor.

16.   On or about July 23, 2008, defendant MOALIN caused the transfer of $1,650 from San Diego, California, to Somalia.

All in violation of Title 18, United States Code, Section 956.

//
//
//
//
//
//

Count 4

<u>CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS</u>

Beginning on a date unknown to the grand jury, and continuing to at least on or about August 5, 2008, defendants BASAALY SAEED MOALIN, MOHAMED MOHAMED MOHAMUD, aka "Mohamed Khadar," aka "Sheikh Mohamed," ISSA DOREH, aka "Sheikh Issa," and AHMED NASIR TAALIL MOHAMUD did unlawfully and knowingly conspire and agree to transmit and transfer monetary instruments and funds from a place in the United States to a place outside the United States, to wit: Somalia, with the intent to promote the carrying on of specified unlawful activities, to wit: providing material support to a foreign terrorist organization, in violation of Title 18, United States Code, Section 2339B(a)(1); providing material support to terrorists, in violation of Title 18, United States Code, Section 2339A(a); and conspiracy to kill persons in a foreign country, in violation of Title 18, United States Code, Section 956; all in violation of Title 18, United States Code, Sections 1956(a)(2)(A) and (h).

//
//
//
//
//
//
//
//
//
//
//

1    Count 5

2    PROVIDING MATERIAL SUPPORT TO TERRORISTS

3         On or about January 3, 2008, within the Southern District of

4    California, and elsewhere, defendant BASAALY SAEED MOALIN, did

5    unlawfully and knowingly provide and attempt to provide material

6    support and resources, to wit: a house in Somalia, knowing and

7    intending that the material support and resources were to be used in

8    preparation for and in carrying out a violation of Title 18, United

9    States Code, Section 956, conspiracy to kill persons in a foreign

10   country; all in violation of Title 18, United States Code,

11   Section 2339A(a).

12        DATED: January 14, 2011.

13                                        A TRUE BILL:

14

15                                        _____
                                          Foreperson
16

17   LAURA E. DUFFY
     United States Attorney
18

19   By:  _____
          WILLIAM P. COLE
20        Assistant U.S. Attorney

21

22   By:  _____
          CAROLINE HAN
23        Assistant U.S. Attorney

24

25

26

27

28