LAURA E. DUFFY
United States Attorney
WILLIAM P. COLE
CAROLINE P. HAN
Assistant U.S. Attorneys
California State Bar Nos. 186772/250301
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7859/557-5220
William.P.Cole@usdoj.gov
Caroline.Han@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 10CR4246-JM |
| Plaintiff, | ) |
| | ) |
| | ) JOINT MOTION FOR <u>AMENDED</u> |
| v. | ) PROTECTIVE ORDER |
| | ) |
| BASAALY SAEED MOALIN, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

Plaintiff United States of America and defendants Basaaly Saeed Moalin, Mohamed Mohamed Mohamud, Issa Doreh, and Ahmed Nasir Taalil Mohamud hereby jointly move the Court to amend the current protective order to provide that the audio FISA Information, and translations thereof, may be deposited with the detention facilities for direct access by the defendants. In support of this joint motion, the parties state as follows:

1. On January 3, 2011, the Court issued a protective order restricting and governing the dissemination of sensitive discovery materials, including, primarily, FISA

Information provided to the defense in discovery. Among other things, the protective order provides that "defense counsel shall store all sensitive discovery materials, and any copies thereof, in a secure place[.]"

2.   The FISA Information discovered to defense counsel consists primarily of audio recordings and certain translations thereof. The Government and defense counsel agree that pre-trial preparation would be more efficient if individual defendants could directly access and review audio recordings and translations at the facilities in which they are detained without always requiring a defense attorney or investigator to be present with the copies, to the extent permitted by the facilities.

3.   Accordingly, the parties jointly propose amending the protective order to make clear that the aforementioned audio recordings, and translations thereof, may be deposited with the detention facilities (in a manner, and under procedures, acceptable to the facilities) for access by the defendants.

//
//
//
//
//
//
//
//
//

10CR4246

1      4.   Concurrently herewith, the Government is submit the

2  proposed amended protective order to the Court via e-mail.

3      Dated:   February 24, 2011.

4                              Respectfully submitted,

5                              LAURA E. DUFFY
                               United States Attorney
6
                               s/William P. Cole
7                              WILLIAM P. COLE
                               CAROLINE P. HAN
8
                               Assistant U.S. Attorneys
9
                               Attorneys for Plaintiff
10                             United States of America

11
                               LAW OFFICES OF HOLLY S. HANOVER
12
                               s/Holly S. Hanover
13                             HOLLY S. HANOVER

14                             Attorney for Defendant
                               Ahmed Nasir Taalil Mohamud
15

16                             Marc B. Geller, APC

17                             s/Marc B. Geller
                               MARC B. GELLER
18
                               Attorney for Defendant
19                             Basaaly Saeed Moalin

20                             Law Office of Kenneth Troiano

21                             s/Kenneth J. Troiano
                               KENNETH J. TROIANO
22
                               Attorney for Defendant
23                             Issa Doreh

24                             Law Office of Mahir T. Sherif

25                             s/Mahir T. Sherif
                               MAHIR T. SHERIF
26
                               Attorney for Defendant Mohamed
27                             Mohamed Mohamud

28

10CR4246

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10CR4246-JM |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| BASAALY SAEED MOALIN, et al., | |
| Defendants. | |

IT IS HEREBY CERTIFIED THAT:

I, William P. Cole, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of **Joint Motion for Amended Protective Order** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Marc Geller
   Attorney for defendant Moalin
2. Mahir Sherif
   Attorney for defendant Mohamud
3. Kenneth Troiano
   Attorney for defendant Doreh
4. Holly Hanover
   Attorney for defendant Ahmed Nasir Taalil Mohamud

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2011.

s/William P. Cole
WILLIAM P. COLE

10CR4246