LAURA E. DUFFY
United States Attorney
WILLIAM P. COLE
CAROLINE P. HAN
Assistant U.S. Attorneys
California State Bar Nos. 186772/250301
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7859/557-5220
William.P.Cole@usdoj.gov
Caroline.Han@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>BASAALY SAEED MOALIN, et al.,<br><br>        Defendants. | Case No. 10CR4246-JM<br><br>JOINT STATUS REPORT ON DEFENDANTS' DIRECT ACCESS TO SENSITIVE DISCOVERY MATERIALS |

Plaintiff United States of America and defendants Basaaly Saeed Moalin, Mohamed Mohamed Mohamud, Issa Doreh, and Ahmed Nasir Taalil Mohamud hereby jointly file a status report on defendants' direct access to sensitive discovery materials.

**BACKGROUND**

Much of the discovery in this case consists of audio recordings of intercepts authorized under the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as well as translations of certain portions of the audio recordings. On January 3, 2011, United States District Judge Jeffrey T.

1  Miller issued a protective order governing the dissemination
2  of such audio recordings and transcripts. [Docket No. 34.]
3  The protective order provided that "defense counsel shall
4  store all sensitive discovery materials, and any copies
5  thereof, in a secure place[.]" [Id.]
6      Defense counsel suggested that, in order for the
7  defendants to review the voluminous audio recordings in an
8  efficient manner, there should be a mechanism by which the
9  defendants could directly access the audio recordings (and
10 translations thereof) within the detention facilities
11 without always requiring the presence of defense counsel or
12 a defense investigator.
13     On February 22, 2011, United States Magistrate Judge
14 Gallo held a hearing to address this issue. Judge Gallo
15 continued the hearing to March 10, 2011, directing defense
16 counsel and the Government to confer further concerning the
17 issue and to provide a joint status report to the Court by
18 March 8, 2011.

19                       **STATUS REPORT**

20     Increasing the defendants' direct access to the audio
21 FISA information and translations involves three components:
22 (1) revising the protective order; (2) determining what type
23 of access the detention facilities will authorize; and (3)
24 securing appropriate equipment, if necessary, for the
25 defendants to listen to the audio calls.
26     **A.   Amended Protective Order**
27     On February 25, 2011, Judge Miller issued an amended
28 protective order providing that "defense counsel are

authorized to provide copies of the audio FISA information, and translations thereof, for review by the defendant at the facility where the defendant is detained outside the presence of counsel." [Docket No. 56.] The amended protective order provides that the defendants shall comply with all protocols and procedures established by the facilities for accessing, reviewing and securing the copies when they are not being used by the defendants.[1/]

Accordingly, the protective order now provides a framework for direct access by the defendants, subject to procedures established by the detention facilities.

**B.  Access at the Detention Facilities**

The Government has conferred with representatives of the Metropolitan Correctional Center and GEO Detention Center.  As described below, each facility has agreed to provide the defendants with substantial, direct access to the audio recordings and translations.

**1.  Metropolitan Correctional Center**

Defendants Mohamed Mohamed Mohamud and Ahmed Nasir Taalil Mohamud are currently housed at the Metropolitan Correctional Center (MCC). MCC representatives have advised the Government that these defendants will be granted joint access to discovery on a computer in the library for up to 24 hours a week, when the library is open to male inmates. Mohamud and Nasir also may choose to split the access time.

---

[1/]  The amended protective order also provides that the defendant shall not copy the audio FISA information, or translations thereof, or otherwise make such materials or any portion thereof available to anyone not a party to this matter.

1 The defendants may obtain the discovery discs and
2 transcripts from MCC's Education Services department, which
3 will keep and maintain them.  The Government will provide
4 a set of the already discovered discs and transcripts to the
5 MCC on or about March 11, 2011.

      **2.  GEO**

7 Defendants Basaaly Moalin and Issa Doreh are housed at
8 GEO.  GEO's representative has advised the Government that
9 there are two options for providing these defendants with
10 substantial, direct access to the audio recordings and
11 translations.  First, if the defense or the Court will
12 provide a dedicated laptop for this purpose, defendants
13 Moalin and Doreh will be provided joint access to the
14 discovery in an attorney visitor room from 4:00 a.m. to 8:00
15 a.m. daily.  These defendants also may choose to split the
16 access time. Alternatively, if no computer is available for
17 this purpose, then GEO has offered to give the defendants
18 access to the discovery on the law library computer from
19 midnight to 4:00 a.m. every day, when other inmates are not
20 present. Kenneth Troiano, counsel for Issa Doreh, has
21 proposed alternative hours for the access time.  That
22 proposal has been shared with GEO, and a response is
23 awaited.

      **3.  Laptop for GEO**

25 MCC has advised that it has the necessary equipment to
26 support this special discovery access for defendants Mohamud
27 and Nasir. As noted, however, GEO does not have a dedicated
28 laptop for defendants Moalin and Doreh to have access from

Case 3:10-cr-04246-JM Document 57 Filed 03/08/11 Page 5 of 7

4 a.m. to 8 a.m. each day.

    Kenneth Troiano has made an inquiry to determine if CJA funds can be used to pay for the computer, which the parties view as an inexpensive way to increase discovery access and substantially decrease attorney and investigator costs.

Dated: March 8, 2011

                            Respectfully submitted,

                            LAURA E. DUFFY
                            United States Attorney

                            <u>s/Caroline P. Han</u>
                            CAROLINE P. HAN
                            WILLIAM P. COLE
                            Assistant U.S. Attorneys

                            Attorneys for Plaintiff
                            United States of America

                            Marc B. Geller, APC

                            s/ Marc B. Geller
                            MARC B. GELLER

                            Attorney for Defendant
                            Basaaly Saeed Moalin

                            Law Office of Mahir T. Sherif

                            s/ Mahir T. Sherif
                            MAHIR T. SHERIF

                            Attorney for Defendant
                            Mohamed Mohamed Mohamud

                            Law Office of Kenneth Troiano

                            s/ Kenneth J. Troiano
                            KENNETH J. TROIANO

                            Attorney for Defendant
                            Issa Doreh

                            Law Offices of Holly S. Hanover

5            10CR4246

|   |   |
|---|---|
| 1 | s/Holly S. Hanover |
|   | HOLLY S. HANOVER |
| 2 |   |
|   | Attorney for Defendant |
| 3 | Ahmed Nasir Taalil Mohamud |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 10CR4246-JM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| BASAALY SAEED MOALIN et al., | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, CAROLINE P. HAN, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Joint Status Report on Defendants' Access to Discovery on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Marc Geller
   Attorney for defendant Moalin
2. Mahir Sherif
   Attorney for defendant Mohamed Mohamed Mohamud
3. Kenneth Troiano
   Attorney for defendant Doreh
4. Holly Hanover
   Attorney for defendant Ahmed Nasir Taalil Mohamud

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 8, 2011.

s/Caroline P. Han
CAROLINE P. HAN