UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
--------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, : | 10 Cr. 4246 (JM) |
| | |
| – against – : | <u>filed electronically</u> |
| | |
| : | NOTICE OF APPEARANCE, |
| : | AND REQUEST FOR ECF. |
| BASAALY MOALIN : | |
| : | |
| Defendant. | |
| : | |

--------------------------------------------------------x

To:   Clerk of the Court
      United States District Court for the Southern District of California

    The undersigned attorney has been retained to represent Mr. Basaaly Moalin in the above-captioned matter.  The undersigned attorney respectfully requests the Clerk to note her appearance for Mr. Moalin, in substitution for Marc B. Geller, in this matter and to add her as a contact attorney to whom Notices of Electronic Filing will be transmitted in this case.

                              Sincerely,

                              <u>-s- Alice L. Fontier</u>
                              Alice L. Fontier Esq.
                              JOSHUA L. DRATEL, P.C.
                              2 Wall Street, 3rd Floor
                              New York, NY 10005
                              T: (212) 732-0707
                              F: (212) 571-3792
                              [Afontier@joshuadratel.com](mailto:Afontier@joshuadratel.com)

To:   All counsel (via ECF)