UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10cr4246 JM |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER DECLARING CASE COMPLEX |
| | ) | FOR PURPOSES OF SPEEDY TRIAL |
| BASAALY SAEED MOALIN, et al., | ) | ACT |
| | ) | |
| Defendants. | ) | |
| | ) | |

For the reasons set forth in the Joint Motion of the parties for Order Excluding Time Under the Speedy Trial Act [Doc. No. 75], filed April 28, 2011, the Court declares this case as complex under 18 U.S.C. §5161(h) and excludes all time under the Speedy Trial Act until further Order of the Court.

IT IS SO ORDERED.

DATED: April 28, 2011

Hon. Jeffrey T. Miller
United States District Judge

1                                                                                       10cr4246