# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 10cr4246 JM |
|---|---|
| Plaintiff, | SCHEDULING ORDER |
| vs. | |
| BASAALY MOALIN, | |
| Defendants. | |

On or about October 7, 2011 the court received an <u>ex parte</u> application from Defendants requesting a co-defendant meeting with all Defendants and counsel present ("Application"). Upon review of the Application,

1. The court denies the request to place the <u>ex parte</u> Application under seal;

2. Defendants are ordered to immediately serve the Application on the United States;

3. The United States shall file a response to the Application by November 4, 2011;

4. Defendants may file a reply to the Government's response by November 11, 2011; and

5. This matter is calendared for oral argument on *November 18, 2011 at 11:30 a.m.*

**IT IS SO ORDERED.**

DATED: October 12, 2011

Hon. Jeffrey T. Miller
United States District Judge

cc: All parties

- 1 -

10cr4246