LAURA E. DUFFY
United States Attorney
WILLIAM P. COLE
CAROLINE P. HAN
Assistant U.S. Attorneys
California State Bar Nos. 186772/250301
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7859/557-5220
William.P.Cole@usdoj.gov
Caroline.Han@usdoj.gov

Attorneys for Respondent
United States of America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10CR4246-JM |
| Plaintiff, | RESPONSE TO DEFENDANT MOALIN'S APPLICATION FOR CO-DEFENDANT MEETING |
| v. | |
| BASAALY MOALIN(1), | |
| Defendants. | |

COMES NOW the UNITED STATES OF AMERICA, by and through its counsel, Laura E. Duffy, United States Attorney, William P. Cole and Caroline P. Han, Assistant United States Attorneys, and respectfully submits the following Response to Defendant's Application for Co-defendant Meeting.

//
//
//
//
//
//

I.

The United States has no objection to the defendant's application.

Dated:   October 17, 2011.

                      Respectfully submitted,

                      LAURA E. DUFFY
                      United States Attorney

                      s/Caroline P. Han
                      CAROLINE P. HAN
                      WILLIAM P. COLE
                      Assistant U.S. Attorneys

                      Attorneys for Plaintiff
                      United States of America

10CR4246

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10CR4246-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| BASAALY MOALIN(1), | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, CAROLINE P. HAN, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Response to Defendant's Application for Co-defendant Meeting on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Joshua L. Dratel
   Attorney for defendant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2011.

s/Caroline P. Han
CAROLINE P. HAN

10CR4246