UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>    v.<br><br>BASAALY MOALIN et al.,<br><br>          Defendant. | Case No. 10CR4246-JM<br><br>**ORDER GRANTING LEAVE TO FILE RESPONSE IN EXCESS OF TWENTY-FIVE PAGES** |

IT IS HEREBY ORDERED that the United States' Response in Opposition to Defendant Moalin's Motion to Suppress Evidence Obtained Pursuant to the FISA Wiretap (Docket No. 92), in the above-captioned case, be permitted to be filed in excess of twenty-five pages, pursuant to Crim. L.R. 47.1(e).

DATED: February 21, 2012

_____
Hon. Jeffrey T. Miller
United States District Judge