1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                CASE NO. 10CR4246 JM

12 |                          Plaintiff,        NOTICE; SCHEDULING ORDER

vs.

13 | BASAALY SAEED MOALIN, et al.,

14 |                          Defendants.

15      **NOTICE:** In order to develop the factual record necessary to determine Defendants' motions

16 to suppress FISA wiretap evidence, the parties are advised that the court will conduct an *in camera*

17 review of pertinent classified materials during the week of March 19, 2012.

18      In order to assist the court in analyzing the FISA related materials, Defendants may file

19 confidential supplemental briefs identifying potential defenses, strategies, and theories of relevancy.[1]

20 The court anticipates that the supplemental briefs will provide context in which to view the classified

21 materials and assist the court in identifying evidence favorable to Defendants.  Defendants shall file

22 the supplemental briefing under seal, without service on the Government, by March 9, 2012.

23      In the event the court requires further clarification of any FISA related issue, or issue arising

24 / / /

25 / / /

26 / / /

27

28      [1] At the February 9, 2012 hearing on Defendants' pretrial motions, and in Defendant Moalin's
pretrial motions, the defense requested the opportunity to provide the court with context in which to
evaluate the FISA materials.  (RT 12:14 - 15:10)

1   from Defendants' supplemental briefs, the parties are advised that the court may schedule an *ex parte*

2   status conference with defense counsel to discuss such matters.

3       **IT IS SO ORDERED.**

4   DATED:  February 23, 2012

5   _____
    Hon. Jeffrey T. Miller

6   cc:         All parties
    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28