1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,                 CASE NO. 10cr4246 JM

12                          Plaintiff,         NOTICE OF FILING CLASSIFIED
                                               VERSION
         vs.
13
     BASAALY SAEED MOALIN, et al.,
14
                          Defendants.

15

16         The Court provides Notice to all parties that on February 17, 2012 the

17   Government filed its unredacted version of its Response in Opposition, (Ct. Dkt 123),

18   with the National Security Officer assigned to this case.   The Clerk of Court is

19   instructed to docket this Notice indicating the filing of the classified version of the

20   Response in Opposition with the National Security Officer as of February 17, 2012,

21   nunc pro tunc.

22         **IT IS SO ORDERED.**

23   DATED:  February 23, 2012

24                                             _____
                                               Hon. Jeffrey T. Miller
25                                             United States District Judge

26   cc:        All parties

27

28

- 1 -                                    10cr4246