UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10CR4246-JM |
| Plaintiff, ) | |
| v. ) | **SCHEDULING ORDER** |
| BASAALY MOALIN et al., ) | |
| Defendant. ) | |

On March 9, 2012 Defendants jointly filed an <u>ex parte</u> Application to deny the Government's request to file its CIPA application <u>ex parte</u> or, alternatively, to compel disclosure of the CIPA application to cleared defense counsel. (Ct. Dkt. 132). The court requests that the Government file a response to the <u>ex parte</u> Application no later than March 23, 2012. Defendants may jointly file a reply brief no later than March 30, 2012. At that time, pursuant to Local Rule 7.1(d)(1), the matter will be taken under submission without oral argument; and the court will issue its order in due course.

**IT IS SO ORDERED.**

DATED: March 15, 2012

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:    All parties