1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,            )       Case No. 10CR4246-JM
11                                   )
                    Plaintiff,       )
12           v.                      )
                                     )       **ORDER RE: APRIL 5, 2012 STATUS**
13                                   )       **CONFERENCE**
BASAALY MOALIN et al.,               )
14                                   )
                    Defendant.       )
15                                   )
                                     )
16                                   )

17         The court issues this order to request that the parties submit short (no more than 3-4 pages)

18   status conference briefs identifying particular issues to be discussed at the time of the April 5, 2012

19   status conference.  The court anticipates that the advance identification of topics to be discussed will

20   assist the court and parties to focus on those issues that will lead to the speedy and efficient resolution

21   of the case.  The status conference briefs shall be fled no later than April 2, 2012.

22         **IT IS SO ORDERED.**

23   DATED:  March 27, 2012

24                                        _____
                                          Hon. Jeffrey T. Miller
25                                        United States District Judge

26   cc:        All parties

27

28