UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 10cr4246-JM |
| v. | ORDER FOR EXTENSION OF TIME |
| BASAALY SAEED MOALIN, et al., | |
| Defendant. | |

IT IS HEREBY ORDERED that the United States' Motion for an Extension of Time to Comply with the Court's June 4, 2012 Order, denying Defendants' Motion to Suppress FISA Intercepts, is hereby GRANTED. The United States shall comply with the Court's order by June 29, 2012.

DATED: June 18, 2012

Hon. Jeffrey T. Miller
United States District Judge