

**FILED**

**7/9/2012**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     KNB     DEPUTY

**USA**                                                                                 **10cr4246-JM**

**-v-**

**Moalin et al**

## STRICKEN DOCUMENT

**152 - Joint MOTION to Take Deposition**