**THOMAS ANTHONY DURKIN**
California State Bar No. 56929
DURKIN & ROBERTS
2446 N. Clark Street
Chicago, IL 60614
Telephone: (312) 913-9300
Fax: (312) 913-9235

Attorney for Ahmed Nasir Taalil Mohamud

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER )**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>       Plaintiff,  )<br>  )<br>   vs.   )<br>BASAALY SAEED MOALIN, MOHAMED  )<br>MOHAMED MOHAMUD, ISSA DOREH,  )<br>AHMED NASIR TAALIL MOHAMUD,  )<br>  )<br>       Defendants.   ) | Case No. 10-CR-4246 (JM)<br><br>JOINT MOTION TO CONTINUE HEARING DATE FROM AUGUST 20, 2012, TO AUGUST 22, 2012 |

**JOINT MOTION TO CONTINUE HEARING DATE
FROM AUGUST 20, 2012, TO AUGUST 22, 2012**

Defendants, **AHMED NASIR TAALIL MOHAMUD, BASAALY SAEED MOALIN, MOHAMED MOHAMED MOHAMUD, ISSA DOREH, AHMED NASIR TAALIL MOHAMUD**, and the Plaintiff, the **UNITED STATES OF AMERICA**, by and through their respective attorneys, respectfully and jointly move to continue the date scheduled for oral argument on the Rule 15 foreign depositions from August 20, 2012, until August 22, 2012.

The parties have jointly conferred and agreed, and Assistant United States Attorney William Cole has agreed on behalf of the government.

10 CR 4246 (JM)

Respectfully submitted,

/s/ Thomas Anthony Durkin
**THOMAS ANTHONY DURKIN,**
Attorney for Defendant,
Ahmed Nasir Taalil Mohamud.
**DURKIN & ROBERTS**
2446 N. Clark Street
Chicago, IL 60614

s/ Alice L. Fontier
JOSHUA L. DRATEL,
ALICE L. FONTIER,
Attorneys for Defendant,
Basaaly Saeed Moalin
**DRATEL & MYSLIWIEC, P.C.**
2 Wall Street, 3rd Floor
New York, New York 10005

s/ Linda Moreno
LINDA MORENO,
Attorney for Defendant,
Mohamed Mohamed Mohamud

**LINDA MORENO P.A.**
P.O. Box 10985
Tampa, Florida 33679

s/ Ahmed Ghappour
AHMED GHAPPOUR,
Attorney for Defendant,
Issa Doreh
**The Law Offices of Ahmed Ghappour**
PO Box 20367
Seattle, WA 98102
Attorney for Issa Doreh

LAURA E. DUFFY
United States Attorney

s/ William P. Cole
WILLIAM P. COLE
CAROLINE P. HAN
Assistant United States Attorneys
Attorneys for Plaintiff, United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER )**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10-CR-4246 (JM) |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| BASAALY SAEED MOALIN, MOHAMED ) | |
| MOHAMED MOHAMUD, ISSA DOREH, ) | |
| AHMED NASIR TAALIL MOHAMUD, ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY CERTIFIED THAT:

I, **THOMAS ANTHONY DURKIN**, am a citizen of the United States and am at least eighteen years of age. My business address is 2446 N. Clark St., Chicago, IL, 60614.

I am not a party to the above-entitled action. I have caused service of the Joint Motion to Continue Hearing Date From August 20, 2012, to August 22, 2012, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies them.

**Alice L. Frontier**

**Holly A. Sullivan**

**Joshua L. Dratel**

**Linda Moreno**

**Ahmed Ghappour**

**Holly Hanover**

**AUSA Caroline P. Han**

**AUSA William P. Cole**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 24, 2012.

/s/ Thomas Anthony Durkin
Durkin & Roberts
2446 N. Clark Street
Chicago, IL 60614
(312) 913-9300
tdurkin@durkinroberts.com
*Attorney for Ahmed Nasir Taalil Mohamud*