UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10CR4246-JM |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING EXTENSION OF TIME** |
| BASAALY MOALIN et al., ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the United States' response to Defendants' Joint Motion to Take Deposition [docket no. 154], in the above-captioned case, shall be filed on August 7, 2012, and the defendants' reply brief is to be filed on August 14, 2012.

DATED: August 3, 2012

_____
Hon. Jeffrey T. Miller
United States District Judge