UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10cr4246-JM |
| Plaintiff, | |
| v. | **ORDER** |
| BASAALY MOALIN et al., | |
| Defendant. | |

IT IS HEREBY ORDERED that the United States' Response in Opposition to Defendants' Joint Motion to Take Deposition [docket no. 154], in the above-captioned case, may be filed in excess of twenty-five pages, pursuant to Crim. L.R. 47.1(e).

DATED: August 9, 2012

Hon. Jeffrey T. Miller
United States District Judge