UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10cr4246 JM |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING JOINT MOTION |
| | ) | FOR LEAVE TO FILE REPLY IN EXCESS |
| BASAALY MOALIN, et al., | ) | OF TEN PAGES [Docket No.173] |
| | ) | |
| Defendants. | ) | |

    IT IS HEREBY ORDERED that the Joint Reply to the Government's Opposition to the Motion for Rule 15 Foreign Depositions may be in excess of ten pages, pursuant to Crim.L.R.47.1(c).

    IT IS SO ORDERED.

DATED: August 16, 2012

_____
Hon. Jeffrey T. Miller
United States District Judge