```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF CALIFORNIA
```

<u>USA</u>                          v.  <u>MOALIN</u>                         No. <u>10CR4246-JM</u>

<u>HON. WILLIAM V. GALLO</u>     <u>CT. DEPUTY J. YAHL</u>         RPTR.  <u>38 M</u>

                                <u>Attorneys</u>
       <u>Plaintiffs</u>                                      <u>Defendants</u>

<u>WILLIAM COLE</u>                          <u>JOSHUA DRATEL        THOMAS DURKIN</u>

<u>CAROLINE HAN</u>                          <u>LINDA MORENO</u>

                                        <u>AHMED GHAPPOUR</u>

Status Conference held on August 30, 2012.

Counsel has informed the Court that:

1. The witnesses to be deposed are not willing to travel to the United States to testify at trial under any set of conditions or circumstances.

2. The United States State Department recommends against taking the depositions in Djibouti, but rather that the depositions be taken in Nairobi, Kenya.

3. If the depositions are to be taken in either Djibouti, Nairobi, or both, they shall be tentatively scheduled from October 29, 2012 to November 2, 2012.

A further telephonic Status Conference shall be held on <u>September 6, 2012</u> at <u>7:00 AM</u>. Counsel only shall participate by telephone conference call. The Court will initiate the telephone conference call.

On or before <u>September 5, 2012</u>, counsel for the parties shall identify:

1. If the depositions are to be taken in Djibouti, under what authority will the witnesses travel to Djibouti, and is there any required documentation to do so.

2. The requirements and challenges for the witnesses to travel to Nairobi, Kenya.

3. Whether the target time frame of October 29, 2012 to November 2, 2012 is realistic to accomplish the necessary logistical and other bureaucratic steps.

DATED:  August 30, 2012

                                            _____
                                            Hon. William V. Gallo
                                            U.S. Magistrate Judge