UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>BASAALY SAEED MOALIN (1),<br>MOHAMED MOHAMED MOHAMUD (2),<br>ISSA DOREH (3),<br>AHMED NASIR TAALIL MOHAMUD (4).<br><br>             Defendants. | No. 10-CR-4246-JM (WVG)<br><br>**ORDER FOLLOWING STATUS CONFERENCE; LOGISTICS FOR WITNESS DEPOSITIONS IN DJIBOUTI** |

On September 6, 2012, this Court held a telephonic Status Conference with counsel for all parties. The following issues were discussed:

1. Witness depositions are on track to occur in Djibouti, Djibouti during the week of October 29 through November 2, 2012;

2. All counsel shall work quickly to determine whether video teleconference capabilities are available in Djibouti for the depositions as an alternative means to secure the depositions in the event that Plaintiff's counsel do not receive authority to travel to Djibouti;

3. Defense counsel shall work quickly to determine the location where the depositions will take place within Djibouti;

4. Interpreter/linguistics issues must be resolved in a timely manner, as well as the designation of a party to take the lead on interpreter logistics;

      5.      Cost sharing among parties and whether an agreement can be reached as to expenses related to travel and the depositions; and

      6.      Counsel for all parties are to ensure compliance with all local laws, regulations and procedures in Djibouti for the conduct of depositions, and must determine whether there is a supplemental oath;

      7.      Defense counsel had no objection if the Court and Plaintiff's counsel traveled together from San Diego to Djibouti.

This Court will hold another telephonic Status Conference on <u>September 17, 2012</u>, at <u>7:00 a.m.</u>  Only counsel must participate and the Court will initiate the call.  During this Conference, the Court directs the parties to be prepared to address the following areas:

      1.      Any agreement or dispute as to cost sharing among the parties; and

      2.      Video teleconference capability as a backup plan for the depositions, and the location of the depositions if video teleconferencing is needed.

IT IS SO ORDERED.

DATED: September 13, 2012

                                          Hon. William V. Gallo
                                          U.S. Magistrate Judge