```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF CALIFORNIA

                   USA v. MOALIN  No. 10-CR-4246-JM (WVG)

  HON. WILLIAM V. GALLO        CT. DEPUTY J. YAHL           RPTR.
                                  Attorneys
    Plaintiffs                                          Defendants

    WILLIAM COLE                                        THOMAS DURKIN

    CAROLINE HAN                                        ALICE FONTIER

                                                        AHMED GHAPPOUR
```

This Court held a Status Conference on September 17, 2012.

If Defendants decide to file a motion regarding the allocation of expenses related to the witness depositions in Djibouti, Djibouti, any motion shall be filed on or before September 28, 2012. Any response by Plaintiff shall be filed on or before October 5, 2012.

On **October 1, 2012**, at **7:30 a.m.**, the Court will convene another telephonic Status Conference. Only counsel must participate and the Court will initiate the call.

IT IS SO ORDERED.
DATED: September 25, 2012

                                              _____
                                              Hon. William V. Gallo
                                              U.S. Magistrate Judge