Linda Moreno
(Cal Bar #92854)
Linda Moreno P.A.
PO Box 10985
Tampa, Florida 33679
T: (813) 247-4500
*Attorney for Mohamed Mohamed Mohamud*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Jeffrey T. Miller)

-------------------------------------------------x
UNITED STATES OF AMERICA,              :    10 Cr. 4246 (JM)
                                       :    Electronically Filed
              – against –              :
                                       :    DEFENDANT WAIVER OF PERSONAL
                                       :    APPEARANCE AT RULE 15 DEPOSITION
                                       :    PURSUANT TO FED.R.CRIM.PRO. 15(c)(1)(A)
MOHAMED MOHAMED MOHAMUD,               :
                                       :
              Defendant.               :
                                       :
-------------------------------------------------x

I, MOHAMED MOHAMED MOHAMUD, after being advised by my attorney, Linda Moreno, of the depositions scheduled to take place in Djibouti, Djibouti, and of my right to be present, pursuant to FED.R.CRIM.PRO. 15(c)(1)(A), hereby waive my personal appearance and my right to be present for them.

DATED 10/5/2012      2012              _____
                                       MOHAMED MOHAMED MOHAMUD