MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

USA v. MOALIN No. 10-CR-4246-JM (WVG)

HON. WILLIAM V. GALLO            CT. DEPUTY J. YAHL            RPTR.

Attorneys

Plaintiffs                                                    Defendants

WILLIAM COLE                                                  THOMAS DURKIN

CAROLINE HAN                                                  ALICE FONTIER

                                                              AHMED GHAPPOUR

                                                              LINDA MORENO

This Court held a Status Conference on October 1, 2012.

On or before October 19, 2012, Defense counsel shall obtain from each Defendant a written waiver of their right to be present at the depositions in Djibouti. See Fed. R. Crim. P. 15(c)(1)(A).

On October 15, 2012, at 7:00 a.m., the Court will convene another telephonic Status Conference. Only counsel must participate and the Court will initiate the call.

IT IS SO ORDERED.
DATED: October 9, 2012

                                              Hon. William V. Gallo
                                              U.S. Magistrate Judge