MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

USA v. MOALIN  No. 10-CR-4246-JM (WVG)

HON. WILLIAM V. GALLO    CT. DEPUTY J. YAHL    RPTR.

Attorneys

Plaintiff                                    Defendants

WILLIAM COLE                                 THOMAS DURKIN

CAROLINE HAN                                 AHMED GHAPPOUR

                                             JOSHUA DRATEL

                                             ALICE FONTIER

This Court held a telephonic Status Conference on October 24, 2012. On or before October 26, 2012, at 12:00 p.m., each side shall submit briefing to the Court on the issue of "safe passage." The briefs shall be limited to five (5) pages for each side, not including any Declarations and exhibits in support of the parties' positions.

A telephonic Motion Hearing is set for October 29, 2012, at 7:00 a.m. Only counsel must participate and the Court will initiate the call.

IT IS SO ORDERED.
DATED:  October 24, 2012

                                      /s/ William V. Gallo
                                      Hon. William V. Gallo
                                      U.S. Magistrate Judge