UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10cr4246 JM |
| Plaintiff, | |
| v. | SCHEDULING ORDER ON EX PARTE APPLICATION FOR RULE 15 DEPOSITION (Ct. Dkt. 224) |
| BASAALY MOALIN et al., | |
| Defendants. | |

Defendants have jointly filed an unnoticed motion to take a video deposition of Farah Shidane under Fed.R.Crim.P. 15. The parties are advised that the court treats the request as an <u>ex parte</u> application, not as a noticed motion,[1] and requests that the government file a response to the application by December 4, 2012. At that time, the application will be taken under submission and decided on the papers filed unless it appears that oral argument would be of assistance to the court.

**IT IS SO ORDERED.**

DATED: November 27, 2012

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All parties

---

[1] Defendants have been repeatedly advised that Local Rule 47.1 requires a party to obtain a hearing date prior to filing a motion seeking relief.