UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>BASAALY MOALIN, et al.,<br><br>        Defendants. | Case No. 10-CR-4246 (JM)<br><br>ORDER PERMITTING ELECTRONIC COMPUTER EQUIPMENT INTO COURTHOUSE |

IT IS HEREBY ORDERED that all counsel in the above-captioned matter are permitted to bring electronic computer equipment such as laptop computers, I-Pads, tablets, and cellular smart phones into the Edward J. Schwartz United States Courthouse Building , and that counsel shall be permitted to use such equipment in the courtroom during the pretrial and trial proceedings in this case.

SO ORDERED.

DATED: January 10, 2013

_____
Hon. Jeffrey T. Miller
United States District Judge