LAURA E. DUFFY
United States Attorney
STEVEN P. WARD
DOJ Trial Attorney
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (202) 305-5035/(619) 546-0450 (Fax)
Email: Steve.Ward3@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 10CR04246-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| BASAALY MOALIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| Steven P. Ward | | 202-305-5035 | Steve.Ward3@usdoj.gov |

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

| <u>Name</u> | <u>Cal. Bar. No.</u> | <u>Telephone No.</u> | <u>Email Address</u> |
| --- | --- | --- | --- |

None.

Please call me if you have any questions about this notice.

DATED:  January 10, 2013

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

s/ *Steven P. Ward*
  _____
STEVEN P. WARD
Special Assistant U.S. Attorney
Attorneys for Plaintiff

1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                       SOUTHERN DISTRICT OF CALIFORNIA

8    UNITED STATES OF AMERICA,          )      Criminal Case No. 10CR04246-JM
                                        )
9                     Plaintiff,        )
                                        )
10                                      )      CERTIFICATE OF SERVICE
            v.                          )
11                                      )
     BASAALY MOALIN, et al.,            )
12                                      )
                      Defendants.       )
13   _____)

14

15   IT IS HEREBY CERTIFIED THAT:

16          I, EMILY ALLEN, am a citizen of the United States and am at least eighteen years of age.

17   My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.  I am not a

18   party to the above-entitled action.  I have caused service of Government's Notice of Appearance by

19   electronically filing the foregoing with the Clerk of the District Court using its ECF system, which

     electronically notifies them.

20   Joshua L. Dratel                              Thomas Anthony Durkin
     jdratel@joshuadratel.com                      Tdurkin@durkinroberts.com
21

22   Ahmed Ghappour                                Linda Moreno
     aghappour@gmail.com                           Lindamoreno.esquire@gmail.com
23

24          I declare under penalty of perjury that the foregoing is true and correct.

25          Executed on January 10, 2013.

                                                   s/Steven P. Ward
26                                                 STEVEN P. WARD
                                                   Trial Attorney
27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28