UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

(HON. JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Crim. Case No.:  10CR4246-JM |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| BASAALY SAEED MOALIN (1), | ) |
|    a.k.a. "Basal" | ) |
|    a.k.a. "Muse Shekor Roble" | ) |
| MOHAMED MOHAMED MOHAMUD (2), | ) |
|    a.k.a. "Mohamed Khadar" | ) |
|    a.k.a. "Sheikh Mohamed" | ) |
| ISSA DOREH (3), | ) |
|    a.k.a. "Sheikh Issa" | ) |
| AHMED NASIR TAALIL MOHAMUD (4), | ) |
|  | ) |
|  | ) |
| Defendants. | ) |

NOTICE OF FILING OF GOVERNMENT'S EX PARTE, IN CAMERA FOURTH SUPPLEMENTAL MOTION FOR PROTECTIVE ORDER PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT SECTION 4 FED. R. CRIM. P. 16