1   LAURA E. DUFFY
    United States Attorney
2   WILLIAM P. COLE
    CAROLINE P. HAN
3   Assistant United States Attorney
    Cal. State Bar No. 186772/250301
4   STEVEN P. WARD
    Trial Attorney
5   D.C. Bar No. 395410
    Federal Office Building
6   880 Front Street, Room 6293
    San Diego, California  92101-8893
7   Telephone: (619) 546-6762/6968
    Email:   William.P.Cole@usdoj.gov
8            Caroline.Han@usdoj.gov
             Steve.Ward3@usdoj.gov
9
    Attorneys for Plaintiff
10  United States of America

11
                UNITED STATES DISTRICT COURT
12
              SOUTHERN DISTRICT OF CALIFORNIA
13
    UNITED STATES OF AMERICA,    )  Crim. Case No. 10CR4246-JM
14                               )
           Plaintiff,            )  **UNITED STATES' SUPPLEMENTAL**
15                               )  **MEMORANDUM IN SUPPORT OF**
           v.                    )  **MOTION TO PERMIT WITNESS TO**
16                               )  **TESTIFY UNDER PSEUDONYM**
    BASAALY MOALIN, et al.,      )
17                               )
           Defendants.           )
18                               )
    _____    )
19

20       COMES NOW, the plaintiff, UNITED STATES OF AMERICA, by

21  and through its counsel, LAURA E. DUFFY, United States

22  Attorney, and WILLIAM P. COLE and CAROLINE P. HAN, Assistant

23  U.S. Attorneys, and STEVEN P. WARD, Trial Attorney, and

24  hereby files its Supplemental Memorandum in Support of

25  Motion to Permit Witness to Testify under Pseudonym, and

26  Proposed Protective Order, which is based upon the files and

27  records of this case.

28

The United States moved *in limine* for an Order authorizing its linguist witness to testify under a pseudonym citing fear of reprisal and safety concerns. [Dkt No. 235-1.] The defendants did not object to the United States' motion, agreeing to the witness's use of a pseudonym as long as defense counsel were provided the true name to be used in preparing for cross-examination.

The parties have been unable to reach agreement on the wording of a Stipulated Protective Order; therefore, with the start of trial less than a week away, the United States submits a Proposed Order, which we believe protects the linguist's identity, yet provides the defendants the ability to check the linguist's background and qualifications in preparation for cross-examination.

DATED:   January 22, 2013

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

William P. Cole
WILLIAM P. COLE
CAROLINE P. HAN
Asst United States Attorneys

STEVEN P. WARD
Trial Attorney

Attorneys for Plaintiff
United States of America

2

1
2
3
4
5

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

6

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Crim. Case No. 10CR4246-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| BASAALY MOALIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

7
8
9
10
11
12

IT IS HEREBY CERTIFIED THAT:

13
14

     I, STEVEN P. WARD , am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

15
16
17
18

     I am not a party to the above-entitled action.  I have caused service of the **UNITED STATES' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO PERMIT WITNESS TO TESTIFY UNDER PSEUDONYM** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

19

Joshua L. Dratel                          Thomas Anthony Durkin
jdratel@joshuadratel.com          Tdurkin@durkinroberts.com

20
21

Ahmed Ghappour                       Linda Moreno
aghappour@gmail.com             Lindamoreno.esquire@gmail.com

22
23

the last known address, at which place there is delivery service of mail from the United States Postal Service.

24
25

     I declare under penalty of perjury that the foregoing is true and correct.

26

     Executed on January 22, 2013.

27

                          s/Steven P. Ward
                          STEVEN P. WARD

28