**JOSHUA L. DRATEL**
Admitted *Pro Hac Vice*
**ALICE L. FONTIER**
California State Bar No.229994
JOSHUA L. DRATEL, P.C.
2 Wall Street, 3rd Floor
New York, New York 10005
Telephone: (212) 732-0707

Attorneys for Basaaly Moalin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER )**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BASAALY MOALIN, *et. al.* ) <br> ) <br> Defendant. ) <br> ) | Case No. 10-CR-4246 (JM) <br><br> NOTICE OF CLASSIFIED FILING PURSUANT TO CIPA SECTION 5 |

To:   Clerk of the Court
       United States District Court for the Southern District of California

   Please take Notice that a Classified Document was filed on January 31, 2013, by Basaaly Moalin on behalf of all defendants in the above-entitled matter. The Joint Motion pursuant to CIPA § 5, was filed under seal by Joshua L. Dratel, attorney for Basaaly Moalin, and served on the Government and the Court.

Executed: February 1, 2013

                          S/Alice L Fontier
                          **ALICE L. FONTIER**
                          369 Lexington Ave, 2d Fl #224
                          New York, NY 10017
                          (212) 256-1244