# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BASAALY SAEED MOALIN, et al., <br><br> Defendants. | CASE NO. 10CR4246 JM <br><br> NOTICE OF ENTRY OF ORDER PERMITTING WITNESS MR. HUSSEN TO INVOKE THE FIFTH AMENDMENT PRIVILEGE |

The court provides notice to all parties that, on February 13, 2013, the court filed under seal an Order Permitting Witness Mr. Hussen to Invoke the Fifth Amendment Privilege ("Order"). In issuing its order, the court considered Defendant Doreh's Notice of Intention to Examine Witness, (Ct. Dkt. 288), the Government's response filed under seal on February 12, 2013, and the <u>in camera</u> hearing conducted on February 12, 2013 with Mr. Hussen and Ms. Franklin, Esq.

**IT IS SO ORDERED.**

DATED: February 13, 2013

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties