# Government Trial Exhibits
## U.S. v Moalin, et al
## 10cr4246-JM

| Ex No | Description | Beg Bates | End Bates | Date Marked | Date Admitted | Witness Admitted |
|---|---|---|---|---|---|---|
| 001 | U.S. Passport Application-Basaaly Saeed Moalin | GA-DOCS-000841 | GA-DOCS-000846 | 2/4/2013 | | |
| 002 | Map of Somalia | | | 1/30/2013 | 1/30/2013 | |
| 003 | Map of Galgadud region | | | 1/30/2013 | 1/30/2013 | |
| 004 | Map of Mogadishu | | | 1/30/2013 | 1/30/2013 | |
| 005 | Map of Africa | | | 1/30/2013 | 1/30/2013 | |
| 006 | Tax license/application documents-Basaaly Moalin-San Diego | GA-DOCS-000546 | GA-DOCS-000547 | 2/4/2013 | 2/4/2013 | |
| 007-A | Taxi Driver Permit Application dated 10/8/08-Ahmed Nasir Tahlil Mohamud-OCTAP | GA-DOCS-000474 | GA-DOCS-000475 | | | |
| 007-B | Taxi Driver Permit-Ahmed Nasir Tahlil Mohamud-OCTAP | GA-DOCS-000476 | | | | |
| 007-C | Taxi Driver Permit Application dated 8/4/08-Ahmed Nasir Tahlil Mohamud-OCTAP | GA-DOCS-000484; 000486 | | | | |
| 007-D | Taxi Driver Permit Application dated 4/28/08-Ahmed Nasir Tahlil Mohamud-OCTAP | GA-DOCS-000491 | GA-DOCS-000492 | | | |
| 007-E | OCTAP Declaration of Records | GA-DOCS-000461 | | | | |
| 008 | | | | | | |

| Ex No | Description | Beg Bates | End Bates | Date Marked | Date Admitted | Witness Admitted |
|---|---|---|---|---|---|---|
| 009 | | | | 1/31/2013 | 1/31/2013 | |
| 010 | | | | | | |
| 011 | Application for Naturalization-Taalil Mohamud (N400) | GA-DOCS-000558 | GA-DOCS-000569 | 1/31/2013 | 1/31/2013 | |
| 012 | Phone list from Shidaal Express | | | | | |
| 013 | Photograph-Technical | | | 1/30/2013 | 1/30/2013 | |
| 014 | Photograph- Shidaal Express, 54th Street (Inside) | GA-PHOTOS-000002 | | 1/3%2013 | 1/3%2013 | |
| 015 | Photograph-4348 54th Street (Outside) | GA-PHOTOS-000001 | | | | |
| 016 | Photograph-Shidaal Express, University Ave. (Inside) | GA-PHOTOS-000108 | | | | |
| 017 | Photograph-Shidaal Express, University Ave. (Outside) | GA-PHOTOS-000106 | | 2/4/2013 | 2/4/2013 | |
| 018 | Photograph-Abu Zubeyr, aka Godane | | | 1/30/2013 | 1/30/2013 | |
| 019 | Photograph-Al-Ansar Mosque | | | | | |
| 020 | Photograph-Presidential Palace | | | 1/30/2013 | 1/30/2013 | |
| 021 | Photograph-Aden Ayrow | | | 1/30/2013 | 1/30/2013 | |
| 022 | Photograph-Abdi Qaybdiid | | | 1/30/2013 | 1/30/2013 | |
| 023 | Photograph- Nur Adde | | | 1/30/2013 | 1/30/2013 | |
| 024 | Photograph- Ahmed Abdisalam | | | 1/30/2013 | 1/30/2013 | |
| 025-A | Photograph-Muktar Robow | | | 1/30/2013 | | |

| Ex No | Description | Beg Bates | End Bates | Date Marked | Date Admitted | Witness Admitted |
|---|---|---|---|---|---|---|
| 025-B | Photograph-Muktar Robow | | | 1/30/2013 | 1/30/2013 | |
| 025-C | Photograph-Muktar Robow | | | 1/30/2013 | | |
| 026 | Photograph-Fuad Shongole | | | 1/30/2013 | 1/30/2013 | |
| 027 | Photograph-RPG-7 | | | 1/30/2013 | 1/30/2013 | |
| 028 | Timeline | | | 1/30/2013 | 1/30/2013 | |
| 029 | Application to Register Permanent Residence-Mohamed Mohamed Mohamud (Form I-485) | GA-DOCS-000312 | GA-DOCS-000340b | 1/31/2013 | 1/31/2013 | |
| 029-A (29A-29G) | Application to Register Permanent Residence-Mohamed Mohamed Mohamud (Form I-485) | GA-DOCS-000313; 317-319; 315-316; 322-323; 340a-340b | | 1/31/2013 | 1/31/2013 | |
| 030 | Naturalization Certificate-Issa Doreh | GA-DOCS-000848; 850 | | | | |
| 031 | Naturalization Certificate-Basaaly Moalin | GA-DOCS-000975 | GA-DOCS-000977 | | | |
| 032 | Photograph SA-7 | | | | | |
| 033 | | | | | | |
| 034 | Photograph-Shidaal Express, University Ave. | GA-PHOTOS-000115 | | 2/4/2013 | 2/4/2013 | |
| 035 | Photograph-Shidaal Express phone list-University Ave.St. | GA-PHOTOS-000135 | | 2/4/2013 | 2/4/2013 | |
| 036 | Photograph-Shidaal Express, University Ave. | GA-PHOTOS-000157 | | 2/4/2013 | 2/4/2013 | |

| Ex No | Description | Beg Bates | End Bates | Date Marked | Date Admitted | Witness Admitted |
|---|---|---|---|---|---|---|
| 037-A | San Diego Community College Transcript of Basaaly Moalin | GA-BSMSDCCD-000023 | | | | |
| 037-B | Declaration of Custodian of Records of San Diego Community College | GA-BSMSDCCD-000018 | | | | |
| 038 | | | | | | |
| 039 | Summary Chart: Shidaal Express Transactions | | | 2/4/2013 | 2/4/2013 | |
| 040-A | Wells Fargo records-Shidaal Express | AHMED-WFACCT-00241 | AHMED-WFACCT-00253 | 2/6/2013 | 2/6/2013 | |
| 040-B | Declaration-Wells Fargo records-Shidaal Express | GA-DOCS-000942 | GA-DOCS-000943 | | | |
| 040-C | Declaration-Wells Fargo records-Shidaal Express | GA-DOCS-000940 | | | | |
| 041-A | Bank of America deposit records-Warsame Moalin Account | GM-BMBOA-000075 | GM-BMBOA-000076 | 2/6/2013 | 2/6/2013 | |
| 041-B | Declaration-Bank of America deposit records-Warsame Moalin account | GM-BMBOA-000002 | GM-BMBOA-000003 | | | |
| 042 | | | | | | |
| 043 | | | | | | |
| 044 | | | | | | |
| 045 | | | | | | |
| 046 | Photograph-Screen Shot Remittance List: 7/1/07 - 4/9/09-Shidaal Express | | | 1/31/2013 | 1/31/2013 | |
| 047 | | | | | | |

| Ex No | Description | Beg Bates | End Bates | Date Marked | Date Admitted | Witness Admitted |
|---|---|---|---|---|---|---|
| 048 | | | | | | |
| 049 | Photograph-Screen Shot of RemitOnline Agent Version: amal express-San_Diego_USA-Shidaal Express | | | | | |
| 050 | Photograph-Screen Shot of Remittance-Shidaal Express | | | 1/31/2013 | 1/31/2013 | |
| 051 | Photograph-Screen Shot of Remittance-Shidaal Express | | | | | |
| 052 | Disc of Shidaal Express records 7/1/2007 - 4/9/2009 | | | 2/4/2013 | 2/4/2013 | |
| 053 | Disc of Shidaal Express records 3/08 | | | 1/31/2013 | 1/31/2013 | |
| 054 | Screenshot Ayrow Tribute Video | | | | | |
| 055 | Subscriber Chart | GA-DOCS-987 | | 2/4/2013 | 2/4/2013 | |
| 056 | Subscriber Chart | GA-DOCS-988 | | | | |
| 057 | Disc of Shidaal Express records 7/1/2007 - 4/19/2009 | | | | | |
| 058 | DAX Transaction Records Log | GA-DOCS-971 | GA-DOCS-974 | 1/31/2013 | 1/31/2013 | |
| 059 | Subscriber information for Mohamed Mohamed Mohamud 619-288-0898 | GA-MMMNEUSTAR-000001 | GA-MMMNEUSTAR-000002 | 2/4/2013 | 2/4/2013 | |
| 060 | Subscriber information for Isse Doreh 619-549-3197 | GA-TMOB-000001a | GA-TMOB-000002 | 2/4/2013 | 2/4/2013 | |
| 061 | Subscriber information for Ahmed Nasir Taalil Mohamud 714-400-1464 | GA-TMOB-000001a | GA-TMOB-000004 | 2/4/2013 | 2/4/2013 | |

| Ex No | Description | Beg Bates | End Bates | Date Marked | Date Admitted | Witness Admitted |
|---|---|---|---|---|---|---|
| 062 | Subscriber information for Al Ansar Mosque 619-573-4253 | GA-AGPRIMUS-000001A | GA-AGPRIMUS-000001 | 2/4/2013 | 2/4/2013 | |
| 063 | Subscriber information for Mohamed Yusuf 314-518-2127 | GA-MYTMOB-000001a | GA-MYTMOB-000001 | 2/4/2013 | 2/4/2013 | |
| 064 | Subscriber information for Barry Trent 619-465-8968 | GA-COX-000010a | GA-COX-000010 | | | |
| 065 | Chart-Wireless Calea Interceptions | | | 1/31/2013 | 1/31/2013 | |
| 066 | | | | | | |
| 067 | | | | | | |
| 068 | | | | | | |
| 069 | | | | | | |
| 070 | | | | | | |
| 100 | Audio disc of calls on 12/21/07 6:54 - 12/30/07 17:44 | | | 2/4/2013 | 2/4/2013 | |
| 101 | Audio disc of calls on 1/8/08 00:53 | | | 2/4/2013 | 2/4/2013 | |
| 102 | Audio disc of calls on 1/1/08 2:55 - 1/3/08 10:28 | | | 2/4/2013 | 2/4/2013 | |
| 103 | Audio disc of calls on 1/15/08 18:07 - 1/21/08 00:58 | | | 2/4/2013 | 2/4/2013 | |
| 104 | Audio disc of calls on 2/2/08 9:22 - 2/10/08 14:18 | | | 2/4/2013 | 2/4/2013 | |
| 105 | Audio disc of calls on 2/13/08 18:12 - 2/26/08 6:53 | | | 2/4/2013 | 2/4/2013 | |
| 106 | Audio disc of calls on 3/6/08 9:12 | | | 2/4/2013 | 2/4/2013 | |

| Ex No | Description | Beg Bates | End Bates | Date Marked | Date Admitted | Witness Admitted |
|---|---|---|---|---|---|---|
| 107 | Audio disc of calls on 3/19/08 8:00 - 3/20/08 1:04 | | | 2/4/2013 | 2/4/2013 | |
| 108 | Audio disc of calls on 3/30/08 7:08 | | | 2/4/2013 | 2/4/2013 | |
| 109 | Audio disc of calls on 3/30/08 7:08 | | | 2/4/2013 | 2/4/2013 | |
| 110 | Audio disc of calls on 4/21/08 4:29 - 5/1/08 4:54 | | | 2/4/2013 | 2/4/2013 | |
| 111 | Audio disc of calls on 5/4/08 7:31 - 5/8/08 16:09 | | | 2/4/2013 | 2/4/2013 | |
| 112 | Audio disc of calls on 5/31/08 1:16 | | | 2/4/2013 | 2/4/2013 | |
| 113 | Audio disc of calls on 6/2/08 7:10 - 6/17/08 00:40 | | | 2/4/2013 | 2/4/2013 | |
| 114 | Audio disc of calls on 7/1/08 23:08 - 7/2/08 4:56 | | | 2/4/2013 | 2/4/2013 | |
| 115 | Audio disc of calls on 7/8/08 4:58 - 7/18/08 1:05 | | | 2/4/2013 | 2/4/2013 | |
| 116 | Audio disc of calls on 6/21/08 2:46:49 SL | | | 2/4/2013 | 2/4/2013 | |
| 117 | Audio disc of calls on 7/8/08 19:43:03 SL | | | 2/4/2013 | 2/4/2013 | |
| 118 | Audio disc of calls | | | 2/4/2013 | 2/4/2013 | |
| 119 | | | | | | |
| 120 | Transcript of recording on 12/21/2007 at 6:54 | | | 2/4/2013 | 2/4/2013 | |
| 120 | | | | 2/4/2013 | 2/4/2013 | |

| Ex No | Description | Beg Mate | Bates | Date Marked | Date Admitted | Witness Admitted |
|---|---|---|---|---|---|---|
| 121 | Transcript of recording on 12/21/2007 at 7:07 | | | 2/4/2013 | 2/4/2013 | |
| 122 | Transcript of recording on 12/22/2007 at 1:41 | | | 2/4/2013 | 2/4/2013 | |
| 123 | Transcript of recording on 12/28/2007 at :13 | | | 2/4/2013 | 2/4/2013 | |
| 124 | Transcript of recording on 12/28/2007 at 4:04 | | | 2/4/2013 | 2/4/2013 | |
| 125 | Transcript of recording on 12/28/2007 at 15:27 | | | 2/4/2013 | 2/4/2013 | |
| 126 | Transcript of recording on 12/29/2007 at 4:04 | | | 2/4/2013 | 2/4/2013 | |
| 127 | Transcript of recording on 12/29/2007 at 18:42 | | | 2/4/2013 | 2/4/2013 | |
| 128 | Transcript of recording on 12/30/2007 at 17:44 | | | 2/4/2013 | 2/4/2013 | |
| 129 | Transcript of recording on 1/1/2008 at 2:55 | | | 2/4/2013 | 2/4/2013 | |
| 130 | Transcript of recording on 1/1/2008 at 20:46 | | | 2/4/2013 | 2/4/2013 | |
| 131 | Transcript of recording on 1/3/2008 at 9:54 | | | 2/4/2013 | 2/4/2013 | |
| 132 | Transcript of recording on 1/3/2008 at 10:28 | | | 2/4/2013 | 2/4/2013 | |
| 133 | Transcript of recording on 1/8/2008 at :53 | | | 2/4/2013 | 2/4/2013 | |

| Ex No | Description | BegMates | End Bates | Date Marked | Date Admitted | Witness Admitted |
|---|---|---|---|---|---|---|
| 134 | Transcript of recording on 1/15/2008 at 18:07 ONLY AS TO DFT BASAALY MOALIN | | | 2/4/2013 | 2/4/2013 | |
| 135 | Transcript of recording on 1/18/2008 at :21 | | | 2/4/2013 | 2/4/2013 | |
| 136 | Transcript of recording on 1/20/2008 at 17:18 | | | 2/4/2013 | 2/4/2013 | |
| 137 | Transcript of recording on 1/21/2008 at :58 | | | 2/4/2013 | 2/4/2013 | |
| 138 | Transcript of recording on 2/2/2008 at 9:22 | | | 2/4/2013 | 2/4/2013 | |
| 139 | Transcript of recording on 2/3/2008 at 10:56 | | | 2/4/2013 | 2/4/2013 | |
| 140 | Transcript of recording on 2/9/2008 at 20:50 | | | 2/4/2013 | 2/4/2013 | |
| 141 | Transcript of recording on 2/10/2008 at 14:18 | | | 2/4/2013 | 2/4/2013 | |
| 142 | Transcript of recording on 2/13/2008 at 18:12 | | | 2/4/2013 | 2/4/2013 | |
| 143 | Transcript of recording on 2/14/2008 at 3:12 | | | 2/4/2013 | 2/4/2013 | |
| 144 | Transcript of recording on 2/17/2008 at 4:42 | | | 2/4/2013 | 2/4/2013 | |
| 145 | Transcript of recording on 2/26/2008 at 6:53 | | | 2/4/2013 | 2/4/2013 | |
| 146 | Transcript of recording on 3/6/2008 at 9:12 | | | 2/4/2013 | 2/4/2013 | |

| Ex No | Description | Beg Bates | End Bates | Date Marked | Date Admitted | Witness Admitted |
|---|---|---|---|---|---|---|
| 147 | Transcript of recording on 3/19/2008 at 8:00 | | | 2/4/2013 | 2/4/2013 | |
| 148 | Transcript of recording on 3/20/2008 at 1:04 | | | 2/4/2013 | 2/4/2013 | |
| 149 | Transcript of recording on 3/30/2008 at 7:08 | | | 2/4/2013 | 2/4/2013 | |
| 150 | Transcript of recording on 4/12/2008 at 4:36 | | | 2/4/2013 | 2/4/2013 | |
| 151 | Transcript of recording on 4/12/2008 at 5:10 | | | 2/4/2013 | 2/4/2013 | |
| 152 | Transcript of recording on 4/12/2008 at 18:33 | | | 2/4/2013 | 2/4/2013 | |
| 153 | Transcript of recording on 4/12/2008 at 19:17 | | | 2/4/2013 | 2/4/2013 | |
| 154 | Transcript of recording on 4/14/2008 at 12:58 | | | 2/4/2013 | 2/4/2013 | |
| 155 | Transcript of recording on 4/17/2008 at 3:12 | | | 2/4/2013 | 2/4/2013 | |
| 156 | Transcript of recording on 4/21/2008 at 4:29 | | | 2/4/2013 | 2/4/2013 | |
| 157 | Transcript of recording on 4/23/2008 at 18:04 | | | 2/4/2013 | 2/4/2013 | |
| 158 | Transcript of recording on 4/23/2008 at 18:10 | | | 2/4/2013 | 2/4/2013 | |
| 159 | Transcript of recording on 4/23/2008 at 18:19 | | | 2/4/2013 | 2/4/2013 | |

| Ex No | Description | Beg Bates | End Bates | Date Marked | Date Admitted | Witness Admitted |
|---|---|---|---|---|---|---|
| 160 | Transcript of recording on 4/23/2008 at 18:31 | | | 2/4/2013 | 2/4/2013 | |
| 161 | Transcript of recording on 4/24/2008 at 10:47 | | | 2/4/2013 | 2/4/2013 | |
| 162 | Transcript of recording on 4/24/2008 at 20:48 | | | 2/4/2013 | 2/4/2013 | |
| 163 | Transcript of recording on 4/25/2008 at 2:45 | | | 2/4/2013 | 2/4/2013 | |
| 164 | Transcript of recording on 4/25/2008 at 3:23 | | | 2/4/2013 | 2/4/2013 | |
| 165 | Transcript of recording on 4/25/2008 at 5:00 | | | 2/4/2013 | 2/4/2013 | |
| 166 | Transcript of recording on 4/25/2008 at 18:17 | | | 2/4/2013 | 2/4/2013 | |
| 167 | Transcript of recording on 4/27/2008 at 2:00 | | | 2/4/2013 | 2/4/2013 | |
| 168 | Transcript of recording on 5/1/2008 at 1:51 | | | 2/4/2013 | 2/4/2013 | |
| 169 | Transcript of recording on 5/1/2008 at 3:09 | | | 2/4/2013 | 2/4/2013 | |
| 170 | Transcript of recording on 5/1/2008 at 4:22 | | | 2/4/2013 | 2/4/2013 | |
| 171 | Transcript of recording on 5/1/2008 at 4:54 | | | 2/4/2013 | 2/4/2013 | |
| 172 | Transcript of recording on 5/4/2008 at 7:31 | | | 2/4/2013 | 2/4/2013 | |

Case 3:10-cr-04246-JMB Document 306 Filed 02/22/13 Page 12 of 14

| Ex No | Description | Beg Bates | End Bates | Date Marked | Date Admitted | Witness Admitted |
|---|---|---|---|---|---|---|
| 173 | Transcript of recording on 5/8/2008 at 16:02 | | | 2/4/2013 | 2/4/2013 | |
| 174 | Transcript of recording on 5/8/2008 at 16:09 | | | 2/4/2013 | 2/4/2013 | |
| 175 | Transcript of recording on 5/31/2008 at 1:16 | | | 2/4/2013 | 2/4/2013 | |
| 176 | Transcript of recording on 6/2/2008 at 7:10 | | | 2/4/2013 | 2/4/2013 | |
| 177 | Transcript of recording on 6/16/2008 at 18:52 | | | 2/4/2013 | 2/4/2013 | |
| 178 | Transcript of recording on 6/17/2008 at :40 | | | 2/4/2013 | 2/4/2013 | |
| 179 | Transcript of recording on 6/21/2008 at 2:46 | | | 2/4/2013 | 2/4/2013 | |
| 180 | Transcript of recording on 7/1/2008 at 23:08 | | | 2/4/2013 | 2/4/2013 | |
| 181 | Transcript of recording on 7/1/2008 at 23:53 | | | 2/4/2013 | 2/4/2013 | |
| 182 | Transcript of recording on 7/2/2008 at 4:56 | | | 2/4/2013 | 2/4/2013 | |
| 183 | Transcript of recording on 7/8/2008 at 4:58 | | | 2/4/2013 | 2/4/2013 | |
| 184 | Transcript of recording on 7/8/2008 at 19:43 | | | 2/4/2013 | 2/4/2013 | |
| 185 | Transcript of recording on 7/8/2008 at 21:03 | | | 2/4/2013 | 2/4/2013 | |

| Ex No | Description | Beg Bates | End Bates | Date Marked | Date Admitted | Witness Admitted |
|---|---|---|---|---|---|---|
| 186 | Transcript of recording on 7/10/2008 at 22:54 | | | 2/4/2013 | 2/4/2013 | |
| 187 | Transcript of recording on 7/11/2008 at 5:02 | | | 2/4/2013 | 2/4/2013 | |
| 188 | Transcript of recording on 7/11/2008 at 6:00 | | | 2/4/2013 | 2/4/2013 | |
| 189 | Transcript of recording on 7/12/2008 at 4:37 | | | 2/4/2013 | 2/4/2013 | |
| 190 | Transcript of recording on 7/12/2008 at 1:13 | | | 2/4/2013 | 2/4/2013 | |
| 191 | Transcript of recording on 7/13/2008 at 5:18 | | | 2/4/2013 | 2/4/2013 | |
| 192 | Transcript of recording on 7/17/2008 at 21:58 | | | 2/4/2013 | 2/4/2013 | |
| 193 | Transcript of recording on 7/18/2008 at 1:05 | | | 2/4/2013 | 2/4/2013 | |
| 194 | Transcript of recording on 7/18/2008 at 18:21 | | | 2/4/2013 | 2/4/2013 | |
| 195 | Transcript of recording on 7/18/2008 at 19:08 | | | 2/4/2013 | 2/4/2013 | |
| 196 | Transcript of recording on 7/18/2008 at 23:41 | | | 2/4/2013 | 2/4/2013 | |
| 197 | Transcript of recording on 7/22/2008 at 17:28 | | | 2/4/2013 | 2/4/2013 | |
| 198 | Transcript of recording on 7/23/2008 at 21:41 | | | 2/4/2013 | 2/4/2013 | |

| Ex No | Description | Beg Bates | End Bates | Date Marked | Date Admitted | Witness Admitted |
|---|---|---|---|---|---|---|
| 199 | Transcript of recording on 7/24/2008 at 5:47 | | | 2/4/2013 | 2/4/2013 | |
| &!5 | BLOW UP OF EXHIBIT 2 | | | 1/30/2013 | | |
| 1-A | PAGES 1-2 OF EXHIBIT 1 | | | 2/04/2013 | 2/04/2013 | |
| 203 | WITHDRAWN 2/12/2013 | | | 2/11/2013 | | |
| 204 | WITHDRAWN 2/12/2013 | | | 2/11/2013 | | |