UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10cr4246 JM |
| Plaintiff, | ) | |
| v. | ) | **ORDER TO CONTINUE POST-TRIAL MOTIONS AND SENTENCINGS** |
| BASAALY MOALIN et al, | ) | |
| Defendants. | ) | |

**IT IS HEREBY ORDERED** that the post-trial motions and sentencings for all defendants in the above-captioned case, currently scheduled for May 16, 2013, be continued to *June 27, 2013 at 9 a.m.* based on the unavailability of counsel on the previously set date.

**SO ORDERED.**

DATED:  April 5, 2013

_____
Hon. Jeffrey T. Miller
United States District Judge

10CR4246