**HOLLY A. SULLIVAN**
California State Bar No. 216376
110 West C Street, Suite 1903
San Diego, CA 92101
(619) 269-8054 (tel)
(619) 794-2263 (fax)
E-mail: hollyasullivan@yahoo.com

Attorneys for Basaaly Moalin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JEFFREY T. MILLER**)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10CR4246-JM |
| Plaintiff, ) | |
| ) | |
| v. ) | PROOF OF SERVICE |
| ) | |
| BASAALY MOALIN et al., ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    Copy Assistant U.S. Attorney via ECF
    Copy all Defense Counsel Electronically Noticed via ECF

Dated: August 28, 2013                                      /S/JOSHUA L. DRATEL
                                                                                Joshua L. Dratel, Esq.
                                                                                JOSHUA L.DRATEL, P.C.
                                                                                29 Broadway, Suite 1412
                                                                                New York, New York 10006
                                                                                (212) 732-0707
                                                                                (212) 571-3792
                                                                                jdratel@joshuadratel.com