UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BASAALY MOALIN et al.,<br><br>　　　　　　　Defendants. | Case No. 10CR4246-JM<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, William P. Cole, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of GOVERNMENT'S RESPONSE TO DEFENDANTS' MOTION TO CONTINUE SENTENCING AND FOR A SCHEDULING ORDER on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    Joshua L. Dratel
    Alice L. Fontier
    Linda Moreno
    Ahmed Ghappour
    Thomas Durkin
    Janis Roberts
    Holly Sullivan

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on August 30, 2013.

                                                              s/Caroline P. Han
                                                               CAROLINE P. HAN