1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,　　　　　CASE NO. 3:10-cr-4246-JM

12 　　　　　　　　　　　　Plaintiff,　　ORDER GRANTING
　　　　　　　　　　　　　　　　　　　DEFENDENTS' *EX PARTE*
13 　　vs.　　　　　　　　　　　　　　MOTION FOR AN
　　　　　　　　　　　　　　　　　　　APPLICATION TO CONTINUE
14 BASSALY MOALIN; MOHAMED　　　　　SENTENCING; SCHEDULING
　　MOHAMUD; ISSA DOREH; and　　　　ORDER
15 AHMED NASIR TAALIL
　　MOHAMUD,
16
　　　　　　　　　　　　Defendants.

17 　　　　After careful consideration of the application of all four defendants for a

18 continuance of the current date set for Rule 33 motions and sentencing hearings to a

19 new date of September 30, 2013 at 9 a.m., as well as the response and statement of

20 non-opposition from the government, the application is granted as follows:

21 　　　　1. The Rule 33 motions shall be heard on September 30, 2013;

22 　　　　2. In the event the Rule 33 motions are denied, sentencing shall proceed for

23 all defendants immediately thereafter;

24 　　　　3. The briefing schedule set forth in the court's prior order of August 29,

25 2013 is hereby confirmed as follows:

26 　　　　　　a. Defendants' Rule 33 motions to be filed by September 5, 2013;

27 　　　　　　b. Government's Response to Rule 33 motions to be filed by

28 　　　　　　　September 18, 2013;

- 1 -

1    c. Defendants' Reply to Rule 33 motions to be filed by September 23,

2        2013; and

3    d. Sentencing Memorandums for all parties to be filed by September

4        16, 2013, two weeks before the Rule 33/sentencing hearing date;

5    4. As mentioned in the court's prior order of August 29, 2013, if following

6 review of all Rule 33 papers the court determines that circumstances warrant a

7 further continuance, further briefing, or a separate date for the scheduling of

8 sentencing hearings, the court will immediately notify all counsel.  Otherwise,

9 counsel are to be fully prepared to proceed with both the Rule 33 motions and

10 sentencing hearings now set for September 30, 2013.

11    **IT IS SO ORDERED.**

12    DATED: August 30, 2013

13

14    _____

15    **JEFFREY T. MILLER**
      United States District Judge

16    cc:    All parties