**HOLLY A. SULLIVAN**
California State Bar No. 216376
110 West C Street, Suite 1903
San Diego, CA 92101
(619) 269-8054 (tel)
(619) 794-2263 (fax)
E-mail: hollyasullivan@yahoo.com

Attorneys for Basaaly Moalin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JEFFREY T. MILLER**)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BASAALY MOALIN et al., ) <br> ) <br> Defendant. ) <br> ) | Case No. 10CR4246-JM <br><br><br> CERTIFICATE OF SERVICE |

  Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

  Copy Assistant U.S. Attorney via ECF
  Copy all Defense Counsel Electronically Noticed via ECF

Dated: September 5, 2013

                     /S/JOSHUA L. DRATEL
                     Joshua L. Dratel, Esq.
                     JOSHUA L. DRATEL, P.C.
                     29 Broadway, Suite 1412
                     New York, New York 10006
                     (212) 732-0707
                     (212) 571-3792
                     jdratel@joshuadratel.com