**HOLLY A. SULLIVAN**
California State Bar No.216376
110 West C Street, Suite 1903
San Diego, California 92101
Telephone: (619) 269-8054
Fax: (619) 794-2263
Email: hollyasullivan@yahoo.com

Attorneys for Basaaly Moalin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JEFFREY T. MILLER**)

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | Case No. 10CR4246-JM |
| Plaintiff,            ) | |
| v.            ) | MOTION FOR LEAVE TO TO FILE JOINT MOTION |
| BASAALY MOALIN; MOHAMED MOHAMUD; ISSA DOREH; and AHMED NASIR TAALIL MOHAMUD,            ) | FOR A NEW TRIAL, IN EXCESS OF 25 PAGES |
| Defendants.            ) | |

   The defendants BASAALY MOALIN, MOHAMED MOHAMUD, ISSA DOREH, AND AHMED NASIR TAALIL MOHAMUD, by and through counsel, respectfully move this Court for an order allowing defendants to file their Joint Motion, pursuant to Rule 33, Fed.R.Crim.P., for a new trial, in the above-captioned case in excess of 25 pages, pursuant to Crim.L.R. 47.1(e).

                                        Respectfully Submitted,

DATED: September 5, 2013        */s/ Joshua L. Dratel*
                                        JOSHUA L. DRATEL
                                        Attorney for Basaaly Moalin

| | | |
|---|---|---|
| 1 | DATED: <u>September 5, 2013</u> | */s/ Linda Moreno* |
| 2 | | LINDA MORENO<br>Attorney for Mohamed Mohamud |
| 3 | DATED: <u>Seotember 5, 2013</u> | */s/ Ahmed Ghappour* |
| 4 | | AHMED GHAPPOUR<br>Attorney for Issa Doreh |
| 5 | DATED: <u>September 5, 2013</u> | */s/ Thomas Durkin* |
| 6 | | THOMAS DURKIN<br>Attorney for Ahmed Nasir Taalil Mohamud |