1 **HOLLY A. SULLIVAN**
California State Bar No. 216376
2 110 West C Street, Suite 1903
San Diego, CA  92101
3 (619) 269-8054 (tel)
(619) 794-2263  (fax)
4 E-mail: hollyasullivan@yahoo.com

5
Attorneys for Basaaly Moalin
6

7

8
UNITED STATES DISTRICT COURT
9
SOUTHERN DISTRICT OF CALIFORNIA
10
(**HONORABLE JEFFREY T. MILLER**)
11

12 UNITED STATES OF AMERICA,            )     Case No. 10CR4246-JM
                                                           )
13            Plaintiff,                                )
                                                           )
14                                                         )
            v.                                          )     CERTIFICATE OF SERVICE
15                                                         )
BASAALY MOALIN et al.,                     )
16                                                         )
            Defendant.                            )
17                                                         )
                                                           )
18

19          Counsel for Defendant certifies that the foregoing pleading is true and

20 accurate to the best of his information and belief, and that a copy of the foregoing

21 document has been served via CM/ECF this day upon:

22          Copy Assistant U.S. Attorney via ECF
            Copy all Defense Counsel Electronically Noticed via ECF
23

24
Dated: September 5, 2013                            /S/JOSHUA L. DRATEL
25                                                          Joshua L. Dratel, Esq.
                                                            JOSHUA L.DRATEL, P.C.
26                                                          29 Broadway, Suite 1412
                                                            New York, New York 10006
27                                                          (212) 732-0707
                                                            (212) 571-3792
28                                                          jdratel@joshuadratel.com