|     |                                           |
| --- | ----------------------------------------- |
| 1   | UNITED STATES DISTRICT COURT              |
| 2   | SOUTHERN DISTRICT OF CALIFORNIA           |

UNITED STATES OF AMERICA,  )  Case No. 10CR4246-JM
                      Plaintiff,  )
                      v.  )
                                     )  CERTIFICATE OF SERVICE
BASAALY MOALIN et al.,  )
                      Defendants.  )

IT IS HEREBY CERTIFIED THAT:

    I, Caroline P. Han, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of UNITED STATES' RESPONSE AND OPPOSITION TO DEFENDANTS' MOTION FOR NEW TRIAL on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    Joshua L. Dratel
    Alice L. Fontier
    Linda Moreno
    Ahmed Ghappour
    Thomas Durkin
    Janis Roberts
    Holly Sullivan

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2013.

                                                          s/Caroline P. Han
                                                          CAROLINE P. HAN