UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10cr4246 JM |
| Plaintiff, ) | |
| v. ) | ORDER EXTENDING TIME |
| ) | |
| BASAALY MOALIN; MOHAMED ) MOHAMUD; ISSA DOREH; and ) AHMED NASIR TAALIL ) MOHAMUD, ) | |
| Defendants. ) | |

IT IS HEREBY ORDERED that the time to file the Defendants' Reply to the Government's Response to Defendants' Motion for a New Trial is extended from October 7, 2013 until Wednesday, October 9, 2013.

IT IS SO ORDERED.

DATED: October 9, 2013

_____
Hon. Jeffrey T. Miller
United States District Judge

1

10cr4246