UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>BASAALY MOALIN; MOHAMED MOHAMUD; ISSA DOREH; and AHMED NASIR TAALIL MOHAMUD,<br><br>        Defendants. | Case No. 10cr4246 JM<br><br>ORDER GRANTING MOTION TO FILE JOINT REPLY MOTION IN EXCESS OF TEN PAGES |

IT IS HEREBY ORDERED that the Defendants in the above-captioned case are permitted to file their joint reply motion for a new trial, pursuant to Rule 33, Fed.R.Crim.P., in excess of the ten page limit set forth in Crim.L.R.47.1(e).

IT IS SO ORDERED.

DATED: October 11, 2013

_____
Hon. Jeffrey T. Miller
United States District Judge

1

10cr4246