UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10cr4246 JM |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME FOR THE FILING OF THE DEFENDANTS' SENTENCING SUBMISSIONS |
| BASAALY MOALIN (1); ) MOHAMED MOHAMUD (2); ISSA ) DOREH (3); and AHMED NASIR ) TAALIL MOHAMUD (4), ) | |
| Defendants. ) | |

Upon the Joint Motion of the parties and for good cause shown, IT IS HEREBY ORDERED that the time to fiel the Defendants' sentencing submissions is extended from Monday, October 28, 2013 until Wednesday, October 30, 2013.

IT IS SO ORDERED.

DATED: October 25, 2013

_____
Hon. Jeffrey T. Miller
United States District Judge

1

10cr4246