Attorney Name and Address:

Joshua L. Dratel, Esq.
Law Offices of Joshua L. Dratel, P.C.
29 Broadway, Suite 1412
New York, New York 10006

PHONE: (212) 732 - 0707

**x** RETAINED  _____ APPOINTED

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE Hon. Jeffrey Miller     COURT REPORTER _____

UNITED STATES OF AMERICA  )  CASE NO. 10 Cr. 4246 (JM)
                          )
                          )  NOTICE OF APPEAL    (Criminal)
vs.                       )
                          )
Basaaly Moalin            )

Notice is hereby given that _____ Basaaly Moalin _____, defendant/plaintiff above named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the:    (check one)
(✓) Final Judgment
( ) Sentence Only (sentence imposed) _____
( ) Order (describe) _____
entered in this proceeding on the ___18th___ day of ___November___, ___2013___
If a government appeal: Was the filing of this appeal approved in accordance with 18 U.S.C. §3742(b)(4) _____ Yes _____ No

Date: 11/26/13

Signature: [signed]

Transcripts required* __x__ Yes _____ No

Date  ( ) Indictment   ( ) Information Filed: _____
Bail status _____
Will there be a request to expedite the appeal?  _____ Yes  __x__ No
(Note: This does not alleviate the requirement of filing a motion to expedite which must be done in accordance with FRAP 27).

---

* If transcript(s) required, a transcript designation and ordering form must be completed and the court reporter(s) contacted to make arrangements for transcription.