Attorney Name and Address:

Ahmed Ghappour
Civil Rights Clinic
University of Texas School of Law
727 Dean Keaton St
Austin, TX 78705

PHONE: 415-505-5083

[✓] RETAINED  [ ] APPOINTED

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE Hon. J. Miller

COURT REPORTER

UNITED STATES OF AMERICA

CASE NO. 10 Cr. 4246 (JM)

NOTICE OF APPEAL        (Criminal)

vs.

Issa Doreh

)
)
)
)
)
)
)
)
)
)
)

Notice is hereby given that                    Issa Doreh
defendant/plaintiff above named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the:        (check one)
(  ) Final Judgment
(  ) Sentence Only (sentence imposed)
(  ) Order (describe) _____
entered in this proceeding on the        18th        day of _____November_____. _____2013_____
If a government appeal: Was the filing of this appeal approved in accordance with 18 U.S.C. §3742(b)(4)        __✔__        Yes        _____No

Date: 11/29/2013                              s Ahmed Ghappour /s
                                                    Signature

Transcripts required* _____ Yes _____ No

Date    (  ) Indictment        (  ) Information Filed:
Bail status
Will there be a request to expedite the appeal?        _____Yes        __✔__ No
(Note: This does not alleviate the requirement of filing a motion to expedite which must be done in accordance with FRAP 27).

_____

* If transcript(s) required, a transcript designation and ordering form must be completed and the court reporter(s) contacted to make arrangements for transcription.