FILED

DEC 10 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>BASAALY SAEED MOALIN,<br><br>Defendant - Appellant. | No. 13-50572<br><br>D.C. No. 3:10-cr-04246-JM-1<br>Southern District of California,<br>San Diego<br><br>ORDER |

Court Reporter Debra M. Henson's motion for an extension of time to file the transcript is granted. The transcripts are due February 3, 2014.

This order waives the mandatory provided that the transcripts are filed within the time allowed in this order.

The opening brief is due March 17, 2014. The answering brief is due April 16, 2014, and the optional reply brief is due within 14 days after service of the answering brief.

A copy of this order shall be provided to the court reporter at the district court.

    For the Court:
MOLLY C. DWYER
Clerk of the Court:

Cathie A. Gottlieb
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
   and Ninth Circuit 27-10

Cag/12.09.13/Pro Mo