FILED

## UNITED STATES COURT OF APPEALS

DEC 11 2013

## FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff - Appellee,<br><br>   v.<br><br>BASAALY SAEED MOALIN,<br><br>             Defendant - Appellant. | No. 13-50572<br><br>D.C. No. 3:10-cr-04246-JM-1<br>Southern District of California,<br>San Diego<br><br><br>AMENDED ORDER |

Court Reporter Debra M. Henson's motion for an extension of time to file the transcript is granted.  The transcripts are due February 3, 2014.

This order waives the mandatory fee reduction provided that the transcripts are filed within the time allowed in this order.

The opening brief is due March 17, 2014.  The answering brief is due April 16, 2014, and the optional reply brief is due within 14 days after service of the answering brief.

A copy of this order shall be provided to the court reporter at the district court.

                            For the Court:<br>
                            MOLLY C. DWYER<br>
                            Clerk of the Court:

                            Cathie A. Gottlieb<br>
                            Deputy Clerk<br>
                            Ninth Cir. R. 27-7/Advisory Note to Rule 27<br>
                                and Ninth Circuit 27-10

Cag/12.09.13/Pro Mo