# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br>BASAALY MOALIN; MOHAMED MOHAMED MOHAMUD; ISSA DOREH; and AHMED NASIR TAALIL MOHAMUD,<br><br>Defendants. | CASE NO. 10cr4246 JM<br><br>NOTICE |

On or about January 7, 2014, Defendant Mohamed Mohamed Mohamud filed a request for appointment of appellate counsel. The court notes that the filing of a notice of appeal has jurisdictional significance. See Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982). Consequently, any request for appointment of counsel should be directed to the Ninth Circuit, and not this court. Until retained counsel are relieved as counsel of record, they continue to represent Defendants. In order to expedite the appointment of new counsel, the court suggests that Defendants complete and submit the in forma pauperis form, CJA Form 23. The court also instructs the Clerk of Court to forward Defendant Mohamud's request to the Ninth Circuit.

**IT IS SO ORDERED.**

DATED: January 8, 2014

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties