```
 1                United States District Court

 2                Southern District of California

 3

 4  UNITED STATES OF AMERICA,     )
                                  )
 5                  Plaintiff,    )
                                  )
 6       vs.                      ) Case No. 10-CR-4246 JM
                                  ) Jury Trial
 7  BASAALY SAEED MOALIN,         ) Master Index of
    MOHAMAD MOHAMAD MOHAMUD       )    Witnesses and Exhibits
 8  ISSA DOREH,                   )
    AHMED NASIR TAALIL MOHAMUD,   ) Volume A
 9                                )
                    Defendants.   )
10  _____)
```

Official Court Reporter: Debra M. Henson, CSR, RPR
                        U.S. Courthouse
                        221 W. Broadway, Suite 5190
                        San Diego, CA  92101
                        (619) 238-4538

1                    M a s t e r   I n d e x

2    Volume 1 - Monday, January 28, 2013

3    Jury Voir Dire

4    Volume 2 - Tuesday, January 29, 2013

5    Jury Voir Dire

6    Volume 3 - Wednesday, January 30, 2013
                                                              Page
7
     Opening Statement by Ms. Han                          374 - 387
8    Opening Statement by Mr. Dratel                       388 - 398
     Opening Statement by Ms. Moreno                       398 - 404
9    Opening Statement by Mr. Ghappour                     407 - 414
     Opening Statement by Mr. Durkin                       414 - 420
10
     Witnesses                                                Page
11
     **Matthew Bryden**
12   Direct Examination by Ms. Han                            421
     Voir Dire Examination by Mr. Dratel                      479
13   Direct Examination, cont'd by Ms. Han                    480

14                       E x h i b i t s

15   Exhibits         Description                    For ID    In Evd
     2                Map (Somalia)                   435       436
16   3                Map (Galgaduud)                 436       436
     4                Map (Mogadishu)                 436       436
17   5                Map (Africa)                    436       436
     20               Photograph                      447       447
18   28               Time line                       448       448
     2-A              Enlargement (Ex. 2)             450
19   22               Photograph                      465       466
     23               Photograph                      465       466
20   24               Photograph                      465       466
     13               Photograph                      479       480
21   27               Photograph                      479       480
     21               Photograph                      491       491
22   18               Photograph                      516       516
     25-A             Photograph                      522
23   25-C             Photograph                      522
     25-B             Photograph                      523       523
24   26               Photograph                      529       529

25

```
 1  Volume 4 - Thursday, January 31, 2013

 2  Witnesses                                             Page

 3  Matthew Bryden
    Cross-Examination by Mr. Dratel                        559
 4  Cross-Examination by Ms. Moreno                        639
    Cross-Examination by Mr. Durkin                        646
 5  Redirect Examination by Ms. Han                        655
    Recross-Examination by Mr. Dratel                      665
 6
    Concepcion Flores
 7  Direct Examination by Ms. Han                          675
    Cross-Examination by Ms. Moreno                        686
 8
    Isagani Camangian
 9  Direct Examination by Ms. Han                          690
    Cross-Examination by Mr. Durkin                        694
10  Cross-Examination by Ms. Fontier                       703
    Redirect Examination by Ms. Han                        704
11
    Donnah Locsin
12  Direct Examination by Mr. Cole                         708
    Cross-Examination by Ms. Fontier                       746
13  Cross-Examination by Mr. Ghappour                      760

14  William T. Via
    Direct Examination by Mr. Ward                         768
15  Cross-Examination by Mr. Dratel                        779
    Cross-Examination by Mr. Durkin                        782
16  Redirect Examination by Mr. Ward                       787
    Recross-Examination by Mr. Dratel                      788
17
    Victora Homfeld
18  Direct Examination by Mr. Ward                         790

19                        E x h i b i t s

20  Exhibits        Description                   For ID    In Evd
    Y               Photograph                     585
21  AA              Article (Bryden)               634
    29              I-485                          676       677
22  9               Record of Sworn Statement      677       677
    11              N-400                          691       691
23  14              Photograph                     719       719
    53              CD (Shidaal)                   723       742
24  58              Transaction record log         742       744
    46              Shidaal transactions           763       764
25  65              Chart                          771       771
    50              Screen shot                    796       796
```

```
 1  Volume 5 - Monday, February 4, 2013

 2  Witnesses                                                  Page

 3  Victoria Homfeld
    Direct Examination, cont'd by Mr. Ward                      808
 4  Cross-Examination by Mr. Ghappour                           813

 5  Colleen Reding
    Direct Examination by Mr. Cole                              822
 6
    Liban Haji Abdirahman
 7  Direct Examination by Mr. Ward                              831
    Cross-Examination by Ms. Fontier                            904
 8  Cross-Examination by Ms. Moreno                             963
    Redirect Examination by Mr. Ward                            968
 9
    Colby O'Very
10  Direct Examination by Mr. Cole                              983

11                       E x h i b i t s

12  Exhibits        Description               For ID    In Evd
    52              CD                         811        812
13  U               Photo                      815        815
    V               Excel spreadsheet          819        819
14  39              Chart                      824
    1-A             Passport application       849        849
15  6               Driver ID (Moalin)         851        851
    100             CD                         860        862
16  101             CD                         860        862
    102             CD                         860        862
17  103             CD                         860        862
    104             CD                         860        862
18  105             CD                         860        862
    106             CD                         860        862
19  107             CD                         860        862
    108             CD                         860        862
20  109             CD                         860        862
    110             CD                         860        862
21  111             CD                         860        862
    112             CD                         860        862
22  113             CD                         860        862
    114             CD                         860        862
23  115             CD                         860        862
    116             CD                         860        862
24  117             CD                         860        862
    118             CD                         860        862
25  120             Transcript                 860        863
    121             Transcript                 860        863
```

```
 1   Volume 5 - Monday, February 4, 2013, cont'd

 2   122            Transcript                      860      863
     123            Transcript                      860      863
 3   124            Transcript                      860      863
     125            Transcript                      860      863
 4   126            Transcript                      860      863
     127            Transcript                      860      863
 5   128            Transcript                      860      863
     129            Transcript                      860      863
 6   130            Transcript                      860      863
     131            Transcript                      860      863
 7   132            Transcript                      860      863
     133            Transcript                      860      863
 8   134            Transcript                      860      863
     135            Transcript                      860      863
 9   136            Transcript                      860      863
     137            Transcript                      860      863
10   138            Transcript                      860      863
     139            Transcript                      860      863
11   140            Transcript                      860      863
     141            Transcript                      860      863
12   142            Transcript                      860      863
     143            Transcript                      860      863
13   144            Transcript                      860      863
     145            Transcript                      860      863
14   146            Transcript                      860      863
     147            Transcript                      860      863
15   148            Transcript                      860      863
     149            Transcript                      860      863
16   150            Transcript                      860      863
     151            Transcript                      860      863
17   152            Transcript                      860      863
     153            Transcript                      860      863
18   154            Transcript                      860      863
     155            Transcript                      860      863
19   156            Transcript                      860      863
     157            Transcript                      860      863
20   158            Transcript                      860      863
     159            Transcript                      860      863
21   160            Transcript                      860      863
     161            Transcript                      860      863
22   162            Transcript                      860      863
     163            Transcript                      860      863
23   164            Transcript                      860      863
     165            Transcript                      860      863
24   166            Transcript                      860      863
     167            Transcript                      860      863
25   168            Transcript                      860      863
     169            Transcript                      860      863
```

```
 1  Volume 5 - Monday, February 4, 2013, cont'd

 2  170             Transcript                       860      863
    171             Transcript                       860      863
 3  172             Transcript                       860      863
    173             Transcript                       860      863
 4  174             Transcript                       860      863
    175             Transcript                       860      863
 5  176             Transcript                       860      863
    177             Transcript                       860      903
 6  178             Transcript                       860      863
    179             Transcript                       860      863
 7  180             Transcript                       860      863
    181             Transcript                       860      863
 8  182             Transcript                       860      863
    183             Transcript                       860      863
 9  184             Transcript                       860      863
    185             Transcript                       860      863
10  186             Transcript                       860      863
    187             Transcript                       860      863
11  188             Transcript                       860      863
    189             Transcript                       860      863
12  190             Transcript                       860      863
    191             Transcript                       860      863
13  192             Transcript                       860      863
    193             Transcript                       860      863
14  194             Transcript                       860      863
    195             Transcript                       860      863
15  196             Transcript                       860      863
    197             Transcript                       860      863
16  198             Transcript                       860      863
    199             Transcript                       860      863
17  W               Document                         934
    BB              Emails                           937
18  CC              Email                            946
    DD              Email                            950
19  17              Photo                            985      985
    36              Photo                            985      985
20  34              Photo                            985      985
    35              Photo                            985      985
21  59              Subscriber info                  987      987
    60              Subscriber info                  987      987
22  61              Subscriber info                  987      987
    62              Subscriber info                  987      987
23  63              Subscriber info                  987      987
    55              Subscriber info (summary)        988      989
24

25
```

Volume 6 - Tuesday, February 5, 2013

| Witnesses | Page |
|---|---|
| **Colby O'Very** | |
| Direct Examination, cont'd by Mr. Cole | 1006 |
| **Matthew Bryden** | |
| Direct Examination by Ms. Han | 1069 |
| Cross-Examination by Mr. Dratel | 1095 |

1   Volume 7 - Wednesday, February 6, 2013

2   Witnesses                                                    Page

3   **Donald Willow**
    Direct Examination by Ms. Han                                1156
4
    **Shannon Jenkinson**
5   Direct Examination by Mr. Ward                               1157

6   **Steven Carrillo**
    Direct Examination by Mr. Ward                               1161
7
    **Barry Trent**
8   Direct Examination by Ms. Han                                1163

9   **Colby O'Very**
    Direct Examination, cont'd by Mr. Cole                       1165
10  Cross-Examination by Mr. Dratel                              1197
    Cross-Examination by Ms. Moreno                              1231
11  Cross-Examination by Mr. Ghappour                            1239

12

13                        E x h i b i t s

14  Exhibits        Description                      For ID   In Evd
    141-A           Bank records                     1178     1178
15  40-A            Bank records                     1185     1185

16

17

18

19

20

21

22

23

24

25

```
 1  Volume 8 - Thursday, February 7, 2013

 2  Witnesses                                             Page

 3  Najib Mohamed (Video)                                 1309

 4  Sharif Abdi (Video)                                   1314

 5  Christopher Chang
    Direct Examination by Mr. Dratel                      1336
 6

 7
                              E x h i b i t s
 8
    Exhibits          Description                    For ID   In Evd
 9  A                 Photo                          1315     1315
    B                 Photo                          1315     1315
10  C                 Deed (Somali)                  1316     1316
    C-1               Deed (English)                 1316     1316
11  GG                DVD                            1319
    HH                DVD                            1319
12  II                DVD                            1319
    Court's 3         FTO designation                1322
13  TT-130            Transcript                     1338     1338
    TT-131            Transcript                     1345     1345
14  TT-135            Transcript                     1350     1350
    TT-142            Transcript                     1351     1351
15  TT-144            Transcript                     1353     1353
    TT-155            Transcript                     1354     1354
16  TT-191            Transcript                     1355     1355
```

```
 1  Volume 9 - Friday, February 8, 2013

 2  Witnesses                                                    Page

 3  Christopher Chang
    Cross-Examination by Mr. Ward                                1375
 4  Redirect Examination by Mr. Dratel                           1403

 5  Abukar Dahir (Suryare) Mohamed (Video)                       1408

 6
                              E x h i b i t s
 7
    Exhibits        Description                        For ID    In Evd
 8  D               Form                               1410      1410
    E               ILEYS document                     1410      1410
 9  F               ILEYS document                     1410      1410
    D-T             Translation of Exhibit D           1412      1412
10  E-T             Translation of Exhibit E           1412      1412
    K               Police document                    1420      1420
11  K-T             Translation of Exhibit K           1420      1420
    L               Deponent's ID                      1421      1421
12
```

```
 1   Volume 10 - Monday, February 11, 2013

 2   Witnesses                                              Page

 3   Halima Ismail Ibrahim
     Direct Examination by Ms. Fontier                      1436
 4   Cross-Examination by Mr. Cole                          1471

 5   Abdi Elmi
     Direct Examination by Mr. Dratel                       1483
 6   Cross-Examination by Mr. Ward                          1527
     Redirect Examination by Mr. Dratel                     1547
 7   Recross-Examination by Mr. Ward                        1553
     Further Redirect Examination by Mr. Dratel             1554
 8
     Abukar Dahir (Suryare) Mohamed (Video)                 1556
 9

10                         E x h i b i t s

11   Exhibits         Description                    For ID    In Evd
     I                Photo                          1457      1457
12   MM               Photo                          1494      1495
     TT-121           Transcript                     1511      1511
13   TT-123           Transcript                     1511      1511
     TT-124           Transcript                     1511      1511
14   TT-126           Transcript                     1511      1511
     TT-128           Transcript                     1511      1511
15   TT-134           Transcript                     1511      1511
     TT-136           Transcript                     1511      1511
16   TT-140           Transcript                     1511      1511
     TT-140-A         Transcript                     1511      1511
17   TT-141           Transcript                     1511      1511
     TT-143           Transcript                     1511      1511
18   TT-148-A         Transcript                     1511      1511
     TT-156           Transcript                     1511      1511
19   TT-162           Transcript                     1511      1511
     TT-167-A         Transcript                     1511      1511
20   TT-167-B         Transcript                     1511      1511
     TT-169-A         Transcript                     1511      1511
21   TT-169-B         Transcript                     1511      1511
     TT-171           Transcript                     1511      1511
22   TT-196-A         Transcript                     1511      1511
     TT-198           Transcript                     1511      1511
23   MMM-1            Transcript                     1511      1511
     MMM-2            Transcript                     1511      1511
24   AN-1-T           Transcript                     1511      1511
     AN-2-T           Transcript                     1511      1511
25   AN-3             CD                             1511      1511
     AN-122-T         Transcript                     1511      1511
```

| | | | | |
|---|---|---|---|---|
| 1 | Volume 10 - Monday, February 11, 2013, cont'd | | | |
| 2 | AN-125-T | Transcript | 1511 | 1511 |
|   | AN-127-T | Transcript | 1511 | 1511 |
| 3 | AN-186-T | Transcript | 1511 | 1511 |
|   | OO | Transcript | 1517 | |
| 4 | PP | Transcript | 1520 | |
|   | QQ | Photo | 1526 | |
| 5 | 136-S | Transcript | 1547 | 1547 |
|   | 204 | Photo - Withdrawn | 1577 | 1577 |

```
 1  Volume 11 - Tuesday, February 12, 2013

 2  Witnesses                                          Page

 3  Abukar Dahir (Suryare) Mohamed (Video)             1596

 4  Sheik Abdul Rahman Geedow Qorow (Video)            1597

 5  Osman Isse Nuur (Video)                            1607

 6


 7                      E x h i b i t s

 8  Exhibits        Description                   For ID   In Evd
    203             WITHDRAWN                     1603
 9  204             WITHDRAWN                     1603
    AN-53-S1        Spreadsheet                   1605     1605
10  AN-53-S2        Spreadsheet                   1605     1605
```

```
 1  Volume 12 - Wednesday, February 13, 2013
                Thursday, February 14, 2013
 2              Friday, February 15, 2013

 3

 4  Witnesses                                           Page

 5  Abdisalam Yusuf Guled
    Direct Examination by Mr. Dratel                    1667
 6  Cross-Examination by Mr. Cole                       1711
    Redirect Examination by Mr. Dratel                  1716
 7  Recross-Examination by Mr. Cole                     1720

 8  Hassan Guled (Video)                                1729

 9
                       E x h i b i t s
10
    Exhibits        Description              For ID   In Evd
11  JJ              Email (Header only)      1688     1690
    KK              Photograph               1691     1691
12  NN              Photo                    1695
    UU              Photograph               1698     1698
13  VV              Photograph               1698     1698
    WW              Photograph               1698     1698
14  RR              Photograph               1701     1701
    PP              Photograph               1701     1701
15  QQ                                                1701
    Court's 4       Stipulation              1734

16

17

18

19

20

21

22

23

24

25
```

Volume 13 - Tuesday, February 19, 2013

|  | Page |
|---|---|
| Jury Instructions by the Court | 1781 - 1805 |
| Closing Argument by Mr. Cole | 1807 - 1857 |
| Closing Argument by Mr. Dratel | 1858 - 1901 |
| Closing Argument by Ms. Moreno | 1904 - 1923 |
| Closing Argument by Mr. Ghappour | 1923 - 1936 |
| Closing Argument by Mr. Durkin | 1936 - 1953 |
| Rebuttal Argument by Mr. Cole | 1954 - 1977 |
| Concluding Jury Instructions by the Court | 1977 - 1980 |

```
Volume 14 - Wednesday, February 20, 2013
            Thursday, February 21, 2013
            Friday, February, 22, 2013

                                              Page

Verdict                                       2010
```