```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF CALIFORNIA

          BEFORE THE HONORABLE JEFFREY T. MILLER, JUDGE PRESIDING


                                     ) CASE NO. 10CR4246-JM
    UNITED STATES OF AMERICA,        )
                                     )
                 PLAINTIFF,          )
                                     )
            -V-                      )
                                     ) SAN DIEGO, CALIFORNIA
    BASAALY SAEED MOALIN,            ) JUNE 10, 2013
    MOHAMED MOHAMED MOHAMUD,         ) 2:40 P.M.
    ISSA DOREH,                      )
    AHMED NASIR TAALIL MOHAMUD,      )
                                     )
                 DEFENDANTS.         )
    _____)



              REPORTER'S TRANSCRIPT OF PROCEEDINGS
                 TELEPHONIC STATUS CONFERENCE




APPEARANCES:

FOR THE GOVERNMENT:     LAURA E. DUFFY, UNITED STATES ATTORNEY
                        BY:  WILLIAM P. COLE, ESQ.
                             CAROLINE PINEDA HAN, ESQ.
                        ASSISTANT U.S. ATTORNEYS
                        880 FRONT STREET
                        SAN DIEGO, CALIFORNIA 92101
                        DEPARTMENT OF JUSTICE

                        BY:  STEVEN PHILLIP WARD, ESQ.
                        ASSISTANT U.S. ATTORNEY
                        DEPARTMENT OF JUSTICE
                        NATIONAL SECURITY DIVISION
                        950 PENNSYLVANIA AVENUE N.W.
                        WASHINGTON, DC 20530


                           JUNE 10, 2013
```

```
 1   FOR DEFENDANT MOALIN:        LAW OFFICES OF ALICE L. FONTIER
                                  BY:   ALICE L. FONTIER, ESQ.
 2                                369 LEXINGTON AVENUE
                                  SECOND FLOOR, #224
 3                                NEW YORK, NEW YORK 10017

 4                                LAW OFFICE OF JOSHUA DRATEL
                                  BY:   JOSHUA L. DRATEL, ESQ.
 5                                2 WALL STREET, 3RD FLOOR
                                  NEW YORK, NEW YORK 10005
 6
     FOR DEFENDANT M. MOHAMUD:    LAW OFFICE OF LINDA MORENO
 7                                BY:   LINDA MORENO, ESQ.
                                  PO BOX 10985
 8                                TAMPA, FLORIDA 33679

 9   FOR DEFENDANT DOREH:         CIVIL RIGHTS CLINIC
                                  BY:   AHMED GHAPPOUR, ESQ.
10                                727 E. DEAN KEETON STREET
                                  AUSTIN, TEXAS 78705
11
     FOR DEFENDANT A. MOHAMUD:    DURKIN & ROBERTS
12                                BY:   THOMAS A. DURKIN, ESQ.
                                        JANIS D. ROBERTS, ESQ.
13                                2446 NORTH CLARK STREET
                                  CHICAGO, ILLINOIS 60614
14

15

16

17

18

19

20

21

22   OFFICIAL REPORTER:    JEANNETTE N. HILL, C.S.R.
                           (619) 702-3905
23

24

25


                              JUNE 10, 2013
```

|    |                                                                              |
|----|------------------------------------------------------------------------------|
| 1  | **SAN DIEGO, CALIFORNIA; MONDAY, JUNE 10, 2013; 2:40 P.M.**                  |
| 2  | (COUNSEL APPEARING TELEPHONICALLY)                                           |
| 3  | **THE COURT:**  GOOD AFTERNOON, EVERYONE.  I HOPE YOU CAN                   |
| 4  | ALL HEAR ME.                                                                 |
| 5  | **MR. DRATEL:**  YES, YOUR HONOR.                                            |
| 6  | **MS. FONTIER:**  YES, YOUR HONOR.                                           |
| 7  | **MS. MORENO:**  YES, YOUR HONOR.                                            |
| 8  | **THE COURT:**  WHAT I'M GOING TO DO IS CALL THE CASE,                       |
| 9  | AND THEN YOU CAN EACH RESPOND, INDICATING YOUR ATTENDANCE BY                 |
| 10 | NAME.  THAT WOULD BE APPRECIATED.  AND THEN ANY TIME YOU NEED                |
| 11 | TO SPEAK, PLEASE STATE YOUR NAME SO THAT OUR RECORD IS CLEAR.                |
| 12 | THIS IS U.S. VERSUS MOALIN, 10CR4246, A TELEPHONIC                           |
| 13 | CONFERENCE CONCERNING THE RESCHEDULING OF THE SENTENCINGS FOR                |
| 14 | ALL FOUR DEFENDANTS.                                                         |
| 15 | THE RECORD SHOULD REFLECT THAT I HAVE RECEIVED A                             |
| 16 | LETTER FROM MR. DRATEL, DATED JUNE 4, 2013, SUGGESTING, IF NOT               |
| 17 | REQUESTING, THAT SENTENCING BE PUT OVER FROM JUNE 26TH, 2013,                |
| 18 | ITS CURRENT DATE, TO SOMETIME IN MID OCTOBER OF THIS YEAR.  IT               |
| 19 | IS THIS LETTER THAT PROMPTED THIS TELEPHONE CONFERENCE, AT MY                |
| 20 | URGING.                                                                      |
| 21 | MAY I PLEASE HAVE EACH OF THE ATTORNEYS STATE THEIR                          |
| 22 | APPEARANCES.  AND WHEN IT COMES TO DEFENSE COUNSEL, I WOULD                  |
| 23 | APPRECIATE YOU INDICATING THAT YOU'RE WAIVING THE PRESENCE OF                |
| 24 | YOUR RESPECTIVE CLIENT.  OBVIOUSLY, THIS BEING ONLY A                        |
| 25 | SCHEDULING MATTER, I THINK THAT WOULD BE PERFECTLY APPROPRIATE.              |

|    |                                                                              |
|----|------------------------------------------------------------------------------|
| 1  | FURTHER, THE SYSTEM WE'RE USING REALLY DOESN'T ALLOW                         |
| 2  | FOR LONG NARRATIVES, SUCH AS I AM ENGAGING IN RIGHT NOW.  SO                 |
| 3  | PLEASE KEEP YOUR RESPONSES FAIRLY SHORT, WITH BREAKS, SO IF                  |
| 4  | SOMEBODY NEEDS TO RESPOND, WE CAN DO THAT EFFECTIVELY.                       |
| 5  | OKAY.  WITH THE APPEARANCES, LET ME START WITH                               |
| 6  | MR. COLE AND/OR MR. HAN.                                                     |
| 7  | **MR. COLE:**  YES, YOUR HONOR.  WILLIAM COLE AND CAROLYN                    |
| 8  | HAN AND STEVEN WARD, FOR THE UNITED STATES.                                  |
| 9  | **THE COURT:**  THANK YOU.                                                   |
| 10 | NEXT.                                                                        |
| 11 | **MR. DRATEL:**  GOOD AFTERNOON, YOUR HONOR.  JOSHUA                         |
| 12 | DRATEL FOR MR. MOALIN, AND ALICE FONTIER IS ALSO ON THE CALL.                |
| 13 | **THE COURT:**  THANK YOU.                                                   |
| 14 | **MS. FONTIER:**  GOOD AFTERNOON, YOUR HONOR.                                |
| 15 | **MS. MORENO:**  GOOD AFTERNOON, YOUR HONOR.  LINDA                          |
| 16 | MORENO ON BEHALF OF MR. MOHAMED MOHAMUD, WHO IS WAIVING HIS                  |
| 17 | APPEARANCE.                                                                  |
| 18 | **MR. DRATEL:**  I'M SORRY, YOUR HONOR.  THIS IS                             |
| 19 | MR. DRATEL AGAIN.  YES, WE WAIVE MR. MOALIN'S APPEARANCE.                    |
| 20 | **THE COURT:**  GREAT.  THANK YOU.  GOOD AFTERNOON.                          |
| 21 | **MR. GHAPPOUR:**  GOOD AFTERNOON, YOUR HONOR.  AHMED                        |
| 22 | GHAPPOUR ON BEHALF OF ISSA DOREH, WHO IS WAIVING HIS                         |
| 23 | APPEARANCE.                                                                  |
| 24 | **THE COURT:**  THANK YOU.                                                   |
| 25 | **MR. DURKIN:**  JUDGE, TOM DURKIN AND JANIS ROBERTS ON                      |

1   BEHALF OF MR. AHMED MOHAMUD, WHO IS ALSO WAIVING HIS APPEARANCE
2   TODAY.
3               **THE COURT**: ALL RIGHT.  THANK YOU, COUNSEL.
4               FIRST OF ALL, I'M GOING TO ASK MR. DURKIN TO SPEAK UP
5   A LITTLE BIT IN THE FUTURE.  I WAS ABLE TO GET THAT, BUT I
6   DON'T THINK YOUR CONNECTION IS QUITE AS GOOD AS THE OTHERS,
7   MR. DURKIN.
8               I APOLOGIZE FOR MY VOICE.  I HAVE A LITTLE BIT OF
9   LARYNGITIS RIGHT NOW SO I MAY NOT SOUND LIKE MYSELF, BUT HERE I
10  AM.
11              OKAY.  LET ME TELL YOU WHAT MY CONCERNS ARE.  FIRST
12  OF ALL, OBVIOUSLY, THIS CASE HAS BEEN FILED FOR SOME PERIOD OF
13  TIME.  I KNOW EVERYONE IS INTERESTED IN RESOLVING THIS CASE --
14  THAT IS, GETTING THIS CASE TO COMPLETION AS QUICKLY AS
15  POSSIBLE.  THAT GOES WITHOUT SAYING.
16              LET ME SAY THIS:  I HAVE NO DIFFICULTY WITH PUTTING
17  THE MATTER OVER -- THAT IS, THE SENTENCINGS -- FOR A REASONABLE
18  PERIOD OF TIME.  I AM VERY CONCERNED ABOUT GOING ALL THE WAY
19  OVER TO OCTOBER AS THE NEXT CALENDAR DATE.  I'LL TELL YOU WHY.
20              FIRST OF ALL, IT'S USUALLY MY CUSTOM TO TAKE OFF MOST
21  OF THE MONTH OF OCTOBER.  I DON'T HAVE THOSE PLANS DOWN EXACTLY
22  NOW, BUT CERTAINLY I WOULD ANTICIPATE THAT THERE WOULD BE A
23  STRONG LIKELIHOOD I WOULD NOT BE AVAILABLE FROM EARLY OCTOBER,
24  PERHAPS THROUGH THE END OF OCTOBER.  SO WHAT I WOULD LIKE TO DO
25  IS GET THIS BACK ON CALENDAR SOME TIME BEFORE OCTOBER.

1      NOW, IN MR. DRATEL'S LETTER, HE REFERS TO
2  MR. GHAPPOUR COMMENCING A TRIAL IN SEPTEMBER IN DALLAS.  I
3  DON'T KNOW WHAT DATE THAT IS, I DON'T KNOW WHAT THE LENGTH OF
4  IT IS, BUT IT SEEMS TO ME THAT THE BEST TIME TO HAVE THESE
5  SENTENCINGS RESET WOULD BE IN SEPTEMBER.  AND I WOULD CERTAINLY
6  WORK WITH COUNSEL.
7      OBVIOUSLY, YOU, MR. GHAPPOUR, TO SCHEDULE THE
8  SENTENCINGS ANY DAY OF THE WEEK SO THAT IF YOU WERE NOT
9  OTHERWISE ENGAGED, YOU COULD TAKE A QUICK TRIP TO SAN DIEGO.
10 WE COULD DO A MONDAY OR A FRIDAY HEARING.  THAT IS MY PRIMARY
11 CONCERN.
12     AND WHOEVER WOULD LIKE TO RESPOND FIRST, PLEASE GO
13 AHEAD.
14     **MR. GHAPPOUR:**  THIS IS MR. GHAPPOUR.  I AM AMENABLE
15 TO THAT.  AND IF WE WERE TO PICK A DAY OF THE WEEK, I WOULD
16 PREFER A MONDAY, IF POSSIBLE.
17     **THE COURT:**  ARE YOU SAYING THAT ANY MONDAY IN
18 SEPTEMBER WOULD BE AGREEABLE?  SO LONG AS WE CAN MAKE IT A
19 MONDAY, WOULD IT AT LEAST DIMINISH ANY DIFFICULTIES FOR YOUR
20 CALENDAR?
21     **MR. GHAPPOUR:**  YES, YOUR HONOR. AND PREFERABLY, IF
22 IT'S AT ALL POSSIBLE, TO THE 2ND OF SEPTEMBER.  THAT WOULD BE
23 GREAT.
24     **MS. FONTIER:**  THAT IS LABOR DAY.
25     **MR. GHAPPOUR:**  OH, THAT IS LABOR DAY.  EXCELLENT.

JUNE 10, 2013

1    HOW ABOUT THE 3RD OF SEPTEMBER?
2            **MS. FONTIER:**  SORRY TO INTERJECT.  THIS IS ALICE
3    FONTIER.  I AM GOING TO BE OUT OF THE COUNTRY FROM
4    SEPTEMBER 2ND THROUGH THE 9TH.  I WILL BE RETURNING ON THE
5    10TH.
6            **THE COURT:**  OKAY.  WHAT ABOUT SEPTEMBER 16?
7            **MR. GHAPPOUR:**  FINE HERE.
8            **MR. DURKIN:**  JUDGE, WE HAVE A PROBLEM WITH A TRIAL
9    STARTING --
10           **MS. ROBERTS:**  THE NEXT DAY.
11           **MR. DURKIN:**  -- SEPTEMBER 17TH IN CHICAGO.  AND IT'S
12   A MULTI-DEFENDANT CASE.
13           **THE COURT:**  WHAT ARE THE CHANCES OF THAT GOING,
14   MR. DURKIN?
15           **MR. DURKIN:**  I THINK PRETTY STRONG.  THE DEFENDANTS
16   ARE IN CUSTODY AND IT'S VERY LIKELY THAT IT WILL GO.
17           BUT I WAS GOING TO RAISE A SEPARATE ISSUE.  I HAD
18   TALKED TO BOTH MR. DRATEL AND MR. COLE ABOUT WHETHER OR NOT MY
19   CLIENT COULD BE SENTENCED AFTER MR. DRATEL'S CLIENT.  MY
20   UNDERSTANDING IS THE GOVERNMENT DOESN'T OBJECT TO THAT, AND I
21   DON'T THINK MR. DRATEL DOES, EITHER.  AND I THINK IT WOULD BE
22   VERY BENEFICIAL FOR MY CLIENT IF I COULD DO IT THAT WAY.
23           I THINK THERE COULD BE A POSSIBILITY OF MITIGATING
24   EVIDENCE THAT I COULD INTRODUCE.  SO I WOULD ASK THAT
25   REGARDLESS OF MY SCHEDULE.  BUT I THINK THIS TRIAL IS PRETTY

1  FIRMLY SET, JUDGE.  IT'S AT LEAST TWO WEEKS.  IT'S A FAIRLY
2  HIGH-PROFILE CASE INVOLVING STATE COURT ALLEGATIONS OF
3  TERRORISM IN THE NATO PROTESTS, AND THE JUDGE IS KEEPING US
4  UNDER A VERY, VERY TIGHT --
5           **THE COURT:**  MR. DURKIN, WHAT TIME DOES THAT START?
6  WHAT DATE IN SEPTEMBER DOES THAT START?
7           **MR. DURKIN:**  IT STARTS ON THE 17TH.
8           **THE COURT:**  WELL, I'M NOT WEDDED TO HAVING ALL FOUR
9  DEFENDANTS GO FORWARD ON THE SAME DATE.  THAT WOULD BE OPTIMAL,
10 OBVIOUSLY, BUT IF CIRCUMSTANCES DON'T ALLOW FOR THAT THEN THEY
11 DON'T ALLOW FOR IT.
12          IT SOUNDS TO ME AS THOUGH THE OTHER THREE DEFENDANTS,
13 HOWEVER, COULD GO FORWARD ON THE 16TH OR THE 17TH.  IS THAT
14 TRUE?
15          **MR. DRATEL:**  THAT IS CORRECT, YOUR HONOR.  THIS IS
16 MR. DRATEL FOR MR. MOALIN.  CERTAINLY THAT IS THE CASE.
17          **MR. GHAPPOUR:**  YOUR HONOR, THIS IS MR. GHAPPOUR FOR
18 MR. DOREH.  I ALSO HAVE AN INCREDIBLY HIGH-PROFILE TRIAL
19 STARTING ON THE 3RD OF SEPTEMBER -- OR IT'S SLATED TO START ON
20 THE 3RD OF SEPTEMBER.  MY CLIENT IS THE ALLEGED UNOFFICIAL
21 SPOKESPERSON FOR THE HACKING COLLECTIVE ANONYMOUS.  IT'S
22 BASICALLY WORLD NEWS.
23          BECAUSE I JUST MADE AN APPEARANCE ON THE CASE ABOUT A
24 MONTH AGO, IT'S LOOKING LIKE IT WILL BE A MONTH TRIAL.  SO
25 WHILE I WILL ACCOMMODATE THE COURT IN ANY WAY I CAN, TO THE

1  EXTENT THAT MR. DURKIN HAS A LATER DATE, IF IT GOES INTO
2  OCTOBER, I WOULD VERY MUCH APPRECIATE ALSO BEING BUMPED, IF
3  THAT'S POSSIBLE.  IF NOT, OF COURSE, I CAN ACCOMMODATE THE
4  COURT.
5           **THE COURT:**  WHAT ABOUT AUGUST?  WHAT ABOUT LATE
6  AUGUST?
7           **MR. GHAPPOUR:**  YOUR HONOR, ARE YOU TALKING DIRECTLY
8  TO ME, MR. GHAPPOUR?
9           **THE COURT:**  I'M TALKING TO EVERYONE.
10          **MR. DRATEL:**  YOUR HONOR, THIS IS MR. DRATEL.  LATE
11 AUGUST MAY BE A PROBLEM BECAUSE THE TRIAL THAT BEGINS JULY 15,
12 WE JUST LEARNED FRIDAY AT A PRETRIAL CONFERENCE THAT THE
13 GOVERNMENT ANTICIPATES THAT ITS CASE WILL BE FOUR WEEKS OF
14 PRESENTATION.  WE ANTICIPATE NOT ONLY JURY SELECTION LASTING A
15 FEW DAYS -- BECAUSE THE CASE WAS SUBJECT TO SOME RECENT ADVERSE
16 PUBLICITY -- BUT ALSO THAT WE HAVE A DEFENSE CASE IN WHICH THE
17 DEFENDANT MAY VERY WELL TESTIFY.
18          SO I DON'T WANT TO SCHEDULE SOMETHING IN LATE AUGUST
19 AND THEN COME BACK TO THE COURT AND SAY WE'RE STUCK WITH A JURY
20 OUT, OR EVEN STILL ON TRIAL THROUGH THE LAST PART OF AUGUST.
21 THE 16TH OF SEPTEMBER IS SUFFICIENTLY OUT THERE THAT I AM
22 CONFIDENT THAT THERE WON'T BE A PROBLEM.
23          **THE COURT:**  OKAY.  YOU KNOW, PART OF THE ISSUE IS --
24 AND I KNOW YOU ALL APPRECIATE THIS -- YOU ARE ALL VERY BUSY,
25 AND CERTAINLY THE COURT HAS OTHER MATTERS IT HAS TO DEAL WITH.

1        YOU KNOW, THIS CASE SHOULD TAKE PRIORITY, IN MY
2   VIEW -- A HIGH PRIORITY WITH ALL OF YOU, FOR REASONS THAT ARE
3   TOO OBVIOUS TO EVEN PUT ON THE RECORD.  ALL OF THESE FOLKS ARE
4   AWAITING SOME KIND OF FINAL DISPOSITION IN THE CASE SO THAT
5   THEIR APPEALS CAN MOVE FORWARD AND THEY CAN LOOK FORWARD TO THE
6   NEXT CHAPTER OF THIS CASE.
7        BECAUSE YOU ARE ALL SO BUSY AND YOU HANDLE
8   HIGH-PROFILE CASES AND RELATIVELY LENGTHY CASES, IT SEEMS THAT
9   WE'RE ALWAYS GOING TO HAVE THE POTENTIAL FOR ONE OR MORE OF THE
10  PARTIES NOT BEING AVAILABLE AT ANY GIVEN POINT IN TIME.  AND
11  WHAT I SEEM TO BE HEARING IS THAT AUGUST IS OUT.  AND I CAN
12  APPRECIATE THAT.  SEPTEMBER BECOMES DICEY FOR MR. GHAPPOUR, AND
13  THEN FOR MR. DURKIN FOR OTHER REASONS.  OCTOBER, A GOOD PART OF
14  OCTOBER I'M GOING TO BE OUT.  AND THEN ALL OF A SUDDEN WE ARE
15  IN THE HOLIDAY SEASON, NOVEMBER AND DECEMBER.
16       SO THIS CASE COMMENCED IN JANUARY OF THIS YEAR --
17  THAT IS, WE BEGAN TRIAL AT THE END OF JANUARY OF THIS YEAR.
18  AND I CERTAINLY DON'T WANT THE SENTENCING MATTERS TO GO OVER
19  FOR A PERIOD OF TIME APPROACHING A YEAR.  SO I WANT TO WORK
20  WITH ALL COUNSEL, AND I WANT TO GET THIS CASE COMPLETED AT THE
21  EARLIEST POSSIBLE TIME, WHILE ACCOMMODATING YOUR SCHEDULE AND
22  NEED TO BE IN OTHER PLACES IN OTHER SIGNIFICANT MATTERS.
23       MR. GHAPPOUR, IT MAY COME DOWN TO YOUR CASE GETTING
24  PUT OVER FOR A PERIOD OF TIME, WHICH IS ALWAYS POSSIBLE.  I WAS
25  LOOKING AT THE COURT NUMBERS FOR THESE CASES, AND THEY SEEM TO

```
 1   BE 2013 -- CASES FILED IN 2012 AND 2013.  SO THEY ARE NOT TOO
 2   OLD AT THIS POINT, I'M ASSUMING.
 3           BUT IN ANY EVENT, I'M LOOKING, THEN, AT THE DATE OF
 4   EITHER SEPTEMBER 16 OR 17, IF THAT IS EASIER.
 5           MR. GHAPPOUR:  YOUR HONOR, THIS IS MR. GHAPPOUR.  I
 6   CAN ACCOMMODATE THE 16TH, IF THAT WOULD BE EFFICIENT.
 7           THE COURT:  OKAY.
 8           MS. MORENO:  YOUR HONOR, THIS IS LINDA MORENO ON
 9   BEHALF OF MR. MOHAMED.  I CAN ALSO BE PRESENT ON
10   SEPTEMBER 16TH.  THAT WORKS FOR ME.
11           THE COURT:  OKAY.  THEN WE'LL WORK WITH THAT DATE OF
12   SEPTEMBER 16 FOR ALL OF THE DEFENDANTS, WITH THE EXCEPTION OF
13   MR. DURKIN'S CLIENT.
14           AND, MR. DURKIN, I'M GOING TO HAVE TO SET A DATE FOR
15   HIM.
16           MR. DURKIN:  I WAS GOING TO SUGGEST IF YOU COULD GIVE
17   ME SEPTEMBER 30TH.  I THINK EVEN IF I'M NOT DONE, IF I GIVE THE
18   JUDGE ENOUGH ADVANCE NOTICE, THAT I COULD COME ON THAT SUNDAY
19   AND COME BACK THAT NIGHT.  SO THE 30TH WOULD WORK FOR US.
20           THE COURT:  OKAY.  GOOD ENOUGH.  THEN LET'S GO WITH
21   THE 16TH FOR THE FIRST THREE DEFENDANTS, AND THEN THE 30TH OF
22   SEPTEMBER FOR MR. DURKIN'S CLIENT.
23           AND, MR. COLE, I ASSUME THAT YOU WILL BE AVAILABLE --
24   YOU AND YOUR COLLEAGUES WILL BE AVAILABLE ON THOSE TWO DATES?
25           MR. COLE:  YES, YOUR HONOR.
```

JUNE 10, 2013

1  **THE COURT:** OKAY. WHAT I'M GOING TO DO, THEN, IS TO GET OUT A NEW SCHEDULING ORDER. AND THEN I'LL WORK WITH THOSE TWO DATES AND I'LL BACK UP THE OTHER DATES. LET ME SEE WHAT OTHER DATES YOU SUGGESTED HERE, MR. DRATEL. WELL, I TELL YOU WHAT. I WILL JUST GET OUT A SCHEDULING ORDER WITH ALL OF THE DATES SET FORTH. THE PSR HAS ALREADY BEEN PROVIDED FOR EACH DEFENDANT FOR OBJECTIONS TO THE PSR, CORRECTIONS, ADDITIONS, AND THEN FOR THE SENTENCING MEMORANDUM AND OTHER DOCUMENTATION COMING IN. OKAY.

**MR. DURKIN:** THANK YOU, JUDGE.

**THE COURT:** I THINK WE'RE SQUARED WITH EVERYONE.

DOES ANYONE ELSE NEED TO MAKE ANY COMMENT OR SUGGESTIONS AT THIS POINT? IF SO, GO AHEAD.

**MR. DRATEL:** YOUR HONOR, THIS IS MR. DRATEL. DID YOU SET A TIME FOR THE 16TH?

**THE COURT:** YES. ALL TIMES WILL BE 9:00 A.M. SO IT WILL BE SEPTEMBER 16. THAT'S A MONDAY, AT 9:00 A.M.

SAME FOR MR. DURKIN. SEPTEMBER 30TH AT 9:00 A.M.

**MR. DRATEL:** OKAY. VERY GOOD. THANK YOU, YOUR HONOR.

**THE COURT:** ALL RIGHT. LOOK FOR THE ORDER AND THEN I THINK THAT'S ABOUT IT.

THANKS, COUNSEL, TO ALL OF YOU, FOR BEING AVAILABLE FOR THIS CONFERENCE.

**MR. DRATEL:** THANK YOU, YOUR HONOR. FEEL BETTER.

JUNE 10, 2013

1    **THE COURT:** ENJOY THE SUMMER.

2    **MS. FONTIER:** THANK YOU, YOUR HONOR.

3    (PROCEEDINGS CONCLUDED AT 2:57 P.M.)

4                           CERTIFICATION

5        I HEREBY CERTIFY THAT I AM A DULY APPOINTED,
     QUALIFIED AND ACTING OFFICIAL COURT REPORTER FOR THE UNITED
6    STATES DISTRICT COURT; THAT THE FOREGOING IS A TRUE AND CORRECT
     TRANSCRIPT OF THE PROCEEDINGS HAD IN THE AFOREMENTIONED CAUSE
7    ON JUNE 10, 2013; THAT SAID TRANSCRIPT IS A TRUE AND CORRECT
     TRANSCRIPTION OF MY STENOGRAPHIC NOTES; AND THAT THE FORMAT
8    USED HEREIN COMPLIES WITH THE RULES AND REQUIREMENTS OF THE
     UNITED STATES JUDICIAL CONFERENCE.
9

10   DATED:      3/17/14, AT SAN DIEGO, CALIFORNIA.

11            S/N_____
              JEANNETTE N. HILL, OFFICIAL REPORTER, CSR NO. 11148
12

13

14

15

16

17

18

19

20

21

22

23

24

25

                              JUNE 10, 2013