FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 07 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> BASAALY SAEED MOALIN, <br><br> Defendant - Appellant. | No. 13-50572 <br><br> D.C. No. 10-CR-4246-JM <br> Southern District of California, <br> San Diego |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> MOHAMED MOHAMED MOHAMUD, <br><br> Defendant - Appellant. | No. 13-50578 <br><br> D.C. No. 10-CR-4246-JM <br> Southern District of California, <br> San Diego |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> ISSA DOREH, AKA Sheikh Issa, <br><br> Defendant - Appellant. | No. 13-50580 <br><br> D.C. No. 10-CR-4246-JM <br> Southern District of California, <br> San Diego |

MH/APPCOMM                                                                 1 3-50572, 13-50578, 13-50580,14-50051

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>AHMED NASIR TAALIL MOHAMUD,<br><br>    Defendant - Appellant. | No. 14-50051<br><br>D.C. No. 10-CR-4246-JM<br>Southern District of California,<br>San Diego<br><br><br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner

In appeals numbers 13-50572, 13-50578, 13-50580, and 14-50051, appellants' request for a telephonic case management conference is granted. *See* Fed. R. App. P. 33; 9th Cir. R. 33-1; Cir. Adv. Comm. N. to R. 33-1(b).

The conference will be conducted by Appellate Commissioner Peter L. Shaw on Tuesday, April 8, 2014, at 2:30 p.m. Pacific Time. To participate in the conference, counsel for all parties shall dial the toll-free number (888) 273-3658 and follow the voice prompts. When asked, counsel should enter the access PIN code number 9326894 and the # key. Counsel will be connected to the conference. If counsel are disconnected for any reason, counsel can dial in again and re-enter the access PIN code number.

Briefing of the appeals is stayed pending the conclusion of the conference.